# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Dougherty,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>AMCO Insurance Company,<br><br>                    Defendant(s). | 07-01140 WDB<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-01140 WDB                                              -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 16, 2007

                               RICHARD W. WIEKING
                               Clerk
                               by:     Timothy J. Smagacz

*Timothy Smagacz (signature)*

                               ADR Administrative Assistant
                               415-522-4205
                               Tim_Smagacz@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name:        Dougherty v. AMCO Insurance Company

Case Number:      07-01140 WDB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 16, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Stephen M. Murphy
> Law Offices of Stephen M. Murphy
> 180 Montgomery Street
> Suite 940
> San Francisco, CA 94104
> smurphy@justice.com
>
> David M. Porter
> 101 California Street
> Suite 2050
> San Francisco, CA 94111
>
> Stephen James Liberatore
> Lewis Brisbois Bisgaard & Smith LLP
> One Sansome Street, Suite 1400
> San Francisco, CA 94104
> liberatore@lbbslaw.com

       Julian J. Pardini
       Lewis Brisbois et al
       1 Sansome St #1400
       San Francisco, CA 94104
       pardini@lbbslaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2007 in San Francisco, California.

                                       RICHARD W. WIEKING
                                       Clerk
                                       by:     Timothy J. Smagacz

                                       */s/ Timothy Smagacz*
                                       _____
                                       ADR Administrative Assistant
                                       415-522-4205
                                       Tim_Smagacz@cand.uscourts.gov