LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY, Esq. SBN 103768
180 Montgomery Street, Suite 940
San Francisco, CA 94102
Telephone: (415) 986-1338
Facsimile: (415) 986-1231

LAW OFFICES OF DAVID M. PORTER
DAVID M. PORTER, Esq. SBN 124500
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 982-8600
Facsimile: (415) 391-9515

Attorneys for Plaintiff
CHRISTINE DOUGHERTY

LEWIS BRISBOIS BISGAARD & SMITH LLP
JULIAN J. PARDINI, Esq. SBN 133878
STEPHEN J. LIBERATORE, Esq. SBN 129772
One Sansome St., Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTINE DOUGHERTY, | CASE NO. C 07 001140 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive, | |
| Defendant. | |

The parties to the above-entitled action stipulate to participate in the following ADR process:

**PRIVATE MEDIATION**

///

///

4844-7852-2681.1

1

STIPULATION AND ORDER SELECTING ADR PROCESS AND ADR CERTIFICATION

The parties have discussed possible service providers and mediators, but have not yet agreed upon the designation of such at this time. The parties will notify the Court upon reaching an agreement regarding the designation of a service provider/mediator.

Respectfully submitted,

LAW OFFICES OF STEPHEN M. MURPHY

Dated: May 10, 2007      By: _____
                         STEPHEN M. MURPHY
                         Attorneys for Plaintiff
                         CHRISTINE DOUGHERTY

LAW OFFICES OF DAVID M. PORTER

Dated: May 10, 2007      By: _____
                         DAVID M. PORTER
                         Attorneys for Plaintiff
                         CHRISTINE DOUGHERTY

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: May 17, 2007      By: _____
                         JULIAN J. PARDINI
                         STEPHEN J. LIBERATORE
                         Attorneys for Defendant
                         AMCO INSURANCE COMPANY

IT IS SO ORDERED:

Dated: May ___, 2007     By: _____
                         WAYNE D. BRAZIL, Magistrate Judge
                         UNITED STATES DISTRICT COURT
                         Northern District of California

May-17-2007 03:22pm   To-19169246909   From-LEWIS BRISBOIS BISGAARD & SMITH LLP   T-733  P 028  F-449
FROM :LAW OFFICE                FAX NO. :4159861231                May. 17 2007 01:40PM P4
  May 10 07 08:30p                                                 (415) 897-1101        p.1

FROM :LAW OFFICE                FAX NO. :4159861231                May. 10 2007 06:55PM P1
May-09-2007 04:15pm  To-0919818  From-LEWIS BRISBOIS BISGAARD & SMITH LLP   T-810 P.008/008 F-088

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Processes in the Northern District of California," or the specified portions of the ADR Unit's Internet site, www.adr.cand.uscourts.gov, and discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: May ___, 2007

_____
CHRISTINE DOUGHERTY
Plaintiff

LAW OFFICES OF STEPHEN M. MURPHY

Dated: May __, 2007

By: _____
STEPHEN M. MURPHY
Attorneys for Plaintiff
CHRISTINE DOUGHERTY

LAW OFFICES OF DAVID M. PORTER

Dated: May ___, 2007

By: _____
DAVID M. PORTER
Attorneys for Plaintiff
CHRISTINE DOUGHERTY

Dated: May ___, 2007

_____
A. Marc Mostajo
Litigation Consultant
AMCO Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated: May 17, 2007

By: _____
JULIAN J. PARDINI
STEPHEN J. LIBERATORE
Attorneys for Defendant
AMCO INSURANCE COMPANY

3
STIPULATION AND ORDER SELECTING ADR PROCESS AND ADR CERTIFICATION

1  *Christine Dougherty vs. AMCO Insurance Co., et al.*
2  San Francisco Superior Court, Case No. CGC 07 459877

3  **PROOF OF SERVICE**

4  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

5       I am employed in the County of San Francisco, State of California. I am over the age of 18
6  and not a party to the within action. My business address is One Sansome Street, 14th Floor, San
Francisco, CA 94104.

7       On May 17, 2007, I served the following document described as:

8       **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

9  on all interested parties in this action by placing [X] a true copy  [ ] the original thereof enclosed
in sealed envelopes addressed as follows:

10  **PLEASE SEE ATTACHED SERVICE LIST**

11  [ ]   (BY FACSIMILE)  The facsimile machine I used complied with Rule 2003(3) and no error
12       was reported by the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a
record of the transmission.

13  [X]   (BY MAIL, 1013a, 2015.5 C.C.P.)
14       [ ]   I deposited such envelope in the mail at San Francisco, California.  The envelope
was mailed with postage thereon fully prepaid.
15       [X]   I am readily familiar with the firm's practice for collection and processing
correspondence for mailing.  Under that practice, this document will be deposited with the U.S.
16  Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the
ordinary course of business.  I am aware that on motion of the party served, service is presumed
17  invalid if postal cancellation date or postage meter date is more than one day after date of deposit
for mailing in affidavit.

19
20  [ ]   (BY OVERNIGHT DELIVERY/COURIER)
     [ ]   I delivered such envelope to an authorized courier or driver authorized by the
21             express service carrier to receive documents in an envelope or package designated
           by the express service carrier with delivery fees provided for.
22       [ ]   I deposited such envelope in a box or facility regularly maintained by the express
           service carrier in an envelope or package designated by the express service carrier
23             with delivery fees provided for.

24  [X]   (STATE)  I declare under penalty of perjury under the laws of the State of California that
the above is true and correct.

25  [X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this
26       Court at whose direction the service was made.

     Executed on May 17, 2007, at San Francisco, California.



Sandra Hayes

4830-1299-4561.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

## SERVICE LIST

| | |
|---|---|
| Law Offices of Stephen M. Murphy<br>Stephen M. Murphy, Esq.<br>180 Montgomery Street, Suite 940<br>San Francisco, CA 94104<br>Tel: 415/ 986-1338<br>Fax: 415/ 986-1231 | Attorneys for Plaintiff,<br>CHRISTINE DOUGHERTY |
| Law Offices of David M. Porter<br>David M. Porter, Esq.<br>101 California Street, Suite 2050<br>San Francisco, CA 94111<br>Tel: 415/ 982-8600<br>Fax: 415/ 391-9515 | Attorneys for Plaintiff,<br>CHRISTINE DOUGHERTY |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4830-1299-4561.1