1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Julian J. Pardini, Esq.  SB# 133878
2  Stephen J. Liberatore, Esq.  SB# 129772
   One Sansome Street
3  Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
5
   Attorneys for Defendant
6  AMCO INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHRISTINE DOUGHERTY,              ) CASE NO. C 07-01140 WDB
                                       )
12 |         Plaintiff,                ) **CERTIFICATION OF INTERESTED**
                                       ) **ENTITIES OR PERSONS**
13 |    v.                             ) **[N.D. Cal. Local Rule 3-16]**
                                       )
14 | AMCO INSURANCE COMPANY, and DOES  )
   | ONE through TWENTY, Inclusive,    )
15 |                                   )
   |         Defendant.                )
16 | _____    )

17        Defendant AMCO Insurance Company ("AMCO") submits the following Certification of

18 Interested Entities or Persons pursuant to Northern District of California Local Rule 3-16:

19        The identities of persons, associations, firms, partnerships, corporations and other entities

20 known by the parties to have (1) a financial interest in the subject matter at issue or in a party to

21 this action, or (2) any other kind of interest that could be substantially affected by the outcome of

22 this action, are:

23        a.    Plaintiff Christine Dougherty

24        b.    Plaintiff's husband Malcolm Rayburn

25        c.    Plaintiff's counsel of record, Stephen M. Murphy, Esq. and David M. Porter, Esq.,

26              and attorneys and employees associated with them;

27        d.    Defendant AMCO Insurance Company, and its affiliated entities and employees;

28 ///

4814-2913-4337.1                    -1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

    e.    AMCO's counsel of record in this action, Lewis Brisbois Bisgaard & Smith LLP, and attorneys associated with that firm.

DATED: May 25, 2007

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Julian J. Pardini
Stephen J. Liberatore
Attorneys for Defendant
AMCO INSURANCE COMPANY