1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Julian J. Pardini, Esq. SB# 133878
2  Stephen J. Liberatore, Esq. SB# 129772
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendant
   AMCO INSURANCE COMPANY

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY, | CASE NO. C 07-01140 WDB |
| Plaintiff, | |
| v. | **RULE 26 INITIAL DISCLOSURES OF DEFENDANT AMCO INSURANCE COMPANY** |
| AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive, | |
| Defendant. | |

Defendant AMCO Insurance Company ("AMCO") hereby makes the following initial disclosures pursuant to Federal Rules of Civil Procedure Rule 26(a)(1):

A.  **Witnesses**

The name, address and telephone number of each person likely to have discoverable information which AMCO may use to support its defense of Plaintiff's claims are:

    1.  Christine Dougherty
        2 Sinaloa Court
        Novato, CA 94947
        (415) 897-1101

    2.  Malcolm Rayburn
        2 Sinaloa Court
        Novato, CA 94947
        (415) 897-1101

/ / /

/ / /

4827-7281-5361.1                    -1-
AMCO'S INITIAL DISCLOSURES PER FRCP RULE 26 - CASE NO. C 07 01140 WDB

3. Glenn Osmidoff
140 San Carlos Way
Novato, CA 94947
(415) 898-9261

4. Darrell Wayne Anderson
2006 Mora, Apt. 10
Calistoga, CA 94515
(707) 942-8141

5. B. Welch
California Highway Patrol
53 San Clemente Drive
Corte Madera, CA 94925
(415) 924-1100

6. Gina Todd
USAA Casualty Insurance Company
P.O. Box 15506
Sacramento, CA 95852
(800) 531-8222

7. Jeff Mangone
AMCO Insurance Company
Pacific Coast Regional Office
2301 Circadian Way
P.O. Box 849
Santa Rosa, CA 95402-0849
(800) 552-2437

8. Julie Nickell
AMCO Insurance Company
Pacific Coast Regional Office
2301 Circadian Way
P.O. Box 849
Santa Rosa, CA 95402-0849
(800) 552-2437

9. Linda Howard
AMCO Insurance Company
Pacific Coast Regional Office
2301 Circadian Way
P.O. Box 849
Santa Rosa, CA 95402-0849
(800) 552-2437

10. Ernest H. Sponzilli, M.D.
Mt. Tam Orthopedics
1341 South Eliseo Drive
Greenbrae, CA 94904
(415) 924-8900

///

///

| | | |
|---|---|---|
| 1 | 11. | Paula Abdaub, R.N. |
| 2 | | Mt. Tam Orthopedics |
| | | 1341 South Eliseo Drive |
| 3 | | Greenbrae, CA 94904 |
| | | (415) 924-8900 |
| 4 | 12. | Mark S. Lawler, M.D. |
| | | Marin Orthopedic & Sports Medicine |
| 5 | | 4000 Civic Drive, Suite 205 |
| | | San Rafael, CA 94903-5233 |
| 6 | | (415) 492-1600 |
| 7 | 13. | Charles Peri, M.D. |
| | | Novato Acupuncture & Herb Clinic |
| 8 | | 1531-E South Novato Boulevard |
| | | Novato, CA 94949 |
| 9 | | (415) 897-4678 |
| 10 | 14. | Linda Kozitza-Pepper, Ph.D. |
| | | 3 Hamilton Landing, Suite 230 |
| 11 | | Novato, CA 94949 |
| | | (415) 883-8332 |
| 12 | | |
| | 15. | Michele Cohen, M.P.T. |
| 13 | | Novato Back Care and Sports Rehabilitation |
| | | 505-B San Marin Drive, Suite 180 |
| 14 | | Novato, CA 94945 |
| | | (415) 898-1311 |
| 15 | | |
| | 16. | Stephen M. Murphy, Esq. |
| 16 | | Law Offices of Stephen Murphy |
| | | 44 Montgomery Street, Suite 1000 |
| 17 | | San Francisco, CA 94104 |
| | | (415) 986-1338 |
| 18 | | |
| | 17. | Nikki Hall, Esq. |
| 19 | | Law Offices of Stephen Murphy |
| | | 44 Montgomery Street, Suite 1000 |
| 20 | | San Francisco, CA 94104 |
| | | (415) 986-1338 |
| 21 | | |
| | 18. | David M. Porter, Esq. |
| 22 | | Law Offices of David M. Porter |
| | | 101 California Street, Suite 2200 |
| 23 | | San Francisco, CA 94111 |
| | | (415) 982-8600 |
| 24 | | |
| | 19. | Renton Rolph, Esq. |
| 25 | | Law Offices of Justin D. James |
| | | One Front Street, Suite 1250 |
| 26 | | San Francisco, CA 94111 |
| | | (415) 837-3820 |
| 27 | | |
| 28 | /// | |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1    20.   Vincent B. McGlorg, Esq.
           Law Office of Vincent B. McLorg
2          185 Prospect Avenue
           San Anselmo, CA 94960
3          (415) 686-1485

4    21.   The Honorable Alfred Chiantelli, Judge (ret.)
           ADR Services, Inc.
5          50 Fremont Street, Suite 2110
           San Francisco, CA 94105
6          (415) 772-0900

AMCO lists all the above-referenced persons out of an abundance of caution, acknowledging that as discovery develops and as the parties may reach agreement or stipulation regarding certain facts and/or issues, certain persons listed above may not be necessary to the resolution of this matter.

AMCO reserves the right to amend, modify and supplement this list of witnesses.

AMCO reserves the right to identify and call as witnesses each person identified by Plaintiff in this action.

AMCO's investigation and discovery in this action are continuing and AMCO reserves its right to amend, modify and supplement these disclosures as it may deem necessary and appropriate based on its discovery of additional information.

**B.   Documents**

AMCO herewith discloses the following documents:

1. Certified copy of AMCO Insurance Company Policy No. PPA 0008899321-1 (Bates-stamped pages 020001-020063, with "Copy Certification by Custodian of Records" page).

2. Non-privileged portions of AMCO's claim file diary notes regarding claim no. 84M33976 (Bates-stamped pages 010082-010124).

3. Non-privileged portions of AMCO's claim file regarding claim no. 84M33976 (this matter) (Bates-stamped pages 010001-010081, 010125-011278).

4. Privilege log.

///

1  AMCO reserves the right to augment, amend, modify and supplement this list of
2  documents.
3  AMCO reserves the right to offer and use as evidence all documents identified and
4  disclosed by Plaintiff in this action.
5  AMCO's investigation and discovery in this action are continuing and AMCO reserves its
6  right to augment, amend, modify and supplement these disclosures as it may deem necessary and
7  appropriate based on its discovery of additional information.

9  Dated: May 29, 2007               Respectfully submitted,
10                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

12                                   By _____
                                        Julian J. Pardini
13                                      Stephen J. Liberatore
                                        Attorneys for Defendant
14                                      AMCO INSURANCE COMPANY

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580