**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

May 31, 2007

CASE NUMBER:  CV 07-01140 WDB
CASE TITLE:  CHRISTINE DOUGHERTY-v-AMCO INSURANCE CO

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN H. PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: May 31, 2007

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 05/31/07 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA