UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>        Plaintiff(s),<br><br>  v.<br><br>AMCO INSURANCE COMPANY,<br><br>        Defendant(s). | No. C 07-01140 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, July 9, 2007, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                                       Richard W. Wieking
                                                                       Clerk, U.S. District Court

Dated: June 1, 2007                                                 Anthony Bowser, Deputy Clerk to the
                                                                        Honorable Marilyn Hall Patel
                                                                            (415) 522-3140