1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
2  Stephen J. Liberatore, Esq.  SB# 129772
One Sansome Street
3  Suite 1400, San Francisco, California 94104
Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendant
AMCO INSURANCE COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTINE DOUGHERTY,           ) CASE NO. C 07-01140 MHP
                                   )
12           Plaintiff,            ) **[PROPOSED] ORDER**
                                   )
13      v.                         )
                                   )
14  AMCO INSURANCE COMPANY, and DOES )
    ONE through TWENTY, Inclusive, ) Date:  July 30, 2007
15                                 ) Time:  2:00 p.m.
             Defendant.            ) Dept.: 15 — Hon. Marilyn Hall Patel
16  _____)

17       The motion of Defendant AMCO Insurance Company (hereinafter "AMCO") for summary

18  judgment, or, in the alternative, for partial summary judgment, came on regularly for hearing on

19  July 30, 2007, in Department 15 of the above-entitled Court, the Honorable Marilyn Hall Patel,

20  Judge, presiding.  Plaintiff Christine Dougherty ("Plaintiff"), appeared by counsel

21  Stephen M. Murphy and David M. Porter; AMCO appeared by counsel Julian J. Pardini.

22       Having read and considered the opening, opposition, and reply briefs, and the exhibits

23  submitted in support thereof, and having heard and considered the oral arguments of counsel,

24       **THE COURT HEREBY ORDERS AND DECREES** that AMCO's motion for summary

25  judgment be, and hereby is, **GRANTED**.

26       [Or, alternatively:]

27  / / /

28  / / /

1       **THE COURT HEREBY ORDERS AND DECREES** that AMCO's motion for partial
2 summary judgment be, and hereby is, **GRANTED** as follows:
3     [ ]    As to the first cause of action of Plaintiff's complaint for breach of contract.
4     [ ]    As to the second cause of action of Plaintiff's complaint for breach of the implied
5           covenant of good faith and fair dealing.
6     [ ]    As to Plaintiff's prayer for imposition of exemplary (punitive) damages.

8       It is so ordered.

10 Dated: _____     _____
11                                          Marilyn Hall Patel, Judge
                                            United States District Court
                                            Northern District of California

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580