**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant, ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive,<br><br>　　　　Defendant. | CASE NO. C 07-01140 MPH<br><br>**CERTIFICATE OF SERVICE**<br>(Re Motion for Summary Judgment, Or In The Alternative, Partial SJ, and supporting documents)<br><br>Date:　7/30/07<br>Time:　2:00 p.m.<br>Dept.　15, Hon. Marilyn H. Patel<br><br>Action Filed:　　　1/24/07<br>Removed to USDC:　2/26/07 |

///
///
///
///
///
///
///
///
///

4831-8465-0241.1
CERTIFICATE OF SERVICE RE MTN. S.J. ON PLAINTIFF'S CO-COUNSEL
C07-01140 MPH

*Christine Dougherty vs. AMCO Insurance Co., et al.*
United States District Court, Northern Dist., Case No. C 07-01140 MPH

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, 14th Floor, San Francisco, CA 94104.

On June 22, 2007, I served the following document described as:

**NOTICE OF MOTION AND MOTION OF DEFENDANT AMCO INSURANCE COMPANY FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DECLARATION OF JEFFREY MANGONE IN SUPPORT (w/EXHS. A THRU P);**

**DECLARATION OF RENTON ROLPH, ESQ. IN SUPPORT (w/EXHS. Q, R &S);**

**DECLARATION OF DARBIE HOFFMAN IN SUPPORT (w/EXH. T);**

**REQUEST FOR JUDICIAL NOTICE (w/EXH. U); AND,**

**(PROPOSED) ORDER**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**VIA OVERNIGHT MAIL**

Law Offices of David M. Porter           Co-Counsel for Plaintiff,
David M. Porter, Esq.                    CHRISTINE DOUGHERTY
101 California Street, Suite 2050
San Francisco, CA 94111
Tel: 415/ 982-8600  -  Fax: 415/ 391-9515

[X]     (BY OVERNIGHT DELIVERY/COURIER)
  [X]   I delivered such envelope to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees provided for.
  [ ]   I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 22, 2007, at San Francisco, California.

_____
Arleigh Koulax

4831-8465-0241.1
CERTIFICATE OF SERVICE RE MTN. S.J. ON PLAINTIFF'S CO-COUNSEL
C07-01140 MPH

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580