**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive,<br><br>　　　　Defendant. | CASE NO. C 07-01140 MHP<br><br>**DEFENDANT AMCO INSURANCE COMPANY'S AMENDED INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 26** |

Defendant AMCO Insurance Company ("AMCO") hereby makes the following amended initial disclosures pursuant to Federal Rules of Civil Procedure Rule 26(a)(1):

A.　**Witnesses**

The name, address and telephone number of each person likely to have discoverable information which AMCO may use to support its defense of Plaintiff's claims are:

　　1.　Christine Dougherty
　　　　2 Sinaloa Court
　　　　Novato, CA 94947
　　　　(415) 897-1101

　　2.　Malcolm Rayburn
　　　　2 Sinaloa Court
　　　　Novato, CA 94947
　　　　(415) 897-1101

/ / /

/ / /

3. Glenn Osmidoff
   140 San Carlos Way
   Novato, CA 94947
   (415) 898-9261

4. Darrell Wayne Anderson
   2006 Mora, Apt. 10
   Calistoga, CA 94515
   (707) 942-8141

5. B. Welch
   California Highway Patrol
   53 San Clemente Drive
   Corte Madera, CA 94925
   (415) 924-1100

6. Gina Todd
   USAA Casualty Insurance Company
   P.O. Box 15506
   Sacramento, CA 95852
   (800) 531-8222

7. Jeff Mangone
   AMCO Insurance Company
   Pacific Coast Regional Office
   2301 Circadian Way
   P.O. Box 849
   Santa Rosa, CA 95402-0849
   (800) 552-2437

8. Julie Nickell
   AMCO Insurance Company
   Pacific Coast Regional Office
   2301 Circadian Way
   P.O. Box 849
   Santa Rosa, CA 95402-0849
   (800) 552-2437

9. Linda Howard
   AMCO Insurance Company
   Pacific Coast Regional Office
   2301 Circadian Way
   P.O. Box 849
   Santa Rosa, CA 95402-0849
   (800) 552-2437

10. Ernest H. Sponzilli, M.D.
    Mt. Tam Orthopedics
    1341 South Eliseo Drive
    Greenbrae, CA 94904
    (415) 924-8900

///

///

11. Paula Abdaub, R.N.
    Mt. Tam Orthopedics
    1341 South Eliseo Drive
    Greenbrae, CA 94904
    (415) 924-8900

12. Mark S. Lawler, M.D.
    Marin Orthopedic & Sports Medicine
    4000 Civic Drive, Suite 205
    San Rafael, CA 94903-5233
    (415) 492-1600

13. Charles Peri, M.D.
    Novato Acupuncture & Herb Clinic
    1531-E South Novato Boulevard
    Novato, CA 94949
    (415) 897-4678

14. Linda Kozitza-Pepper, Ph.D.
    3 Hamilton Landing, Suite 230
    Novato, CA 94949
    (415) 883-8332

15. Michele Cohen, M.P.T.
    Novato Back Care and Sports Rehabilitation
    505-B San Marin Drive, Suite 180
    Novato, CA 94945
    (415) 898-1311

16. Stephen M. Murphy, Esq.
    Law Offices of Stephen Murphy
    44 Montgomery Street, Suite 1000
    San Francisco, CA 94104
    (415) 986-1338

17. Nikki Hall, Esq.
    Law Offices of Stephen Murphy
    44 Montgomery Street, Suite 1000
    San Francisco, CA 94104
    (415) 986-1338

18. David M. Porter, Esq.
    Law Offices of David M. Porter
    101 California Street, Suite 2200
    San Francisco, CA 94111
    (415) 982-8600

19. Renton Rolph, Esq.
    Law Offices of Justin D. James
    One Front Street, Suite 1250
    San Francisco, CA 94111
    (415) 837-3820

///

20.     Vincent B. McGlorg, Esq.
Law Office of Vincent B. McLorg
185 Prospect Avenue
San Anselmo, CA 94960
(415) 686-1485

21.     The Honorable Alfred Chiantelli, Judge (ret.)
ADR Services, Inc.
50 Fremont Street, Suite 2110
San Francisco, CA 94105
(415) 772-0900

AMCO lists all the above-referenced persons out of an abundance of caution, acknowledging that as discovery develops and as the parties may reach agreement or stipulation regarding certain facts and/or issues, certain persons listed above may not be necessary to the resolution of this matter.

AMCO reserves the right to amend, modify and supplement this list of witnesses.

AMCO reserves the right to identify and call as witnesses each person identified by Plaintiff in this action.

AMCO's investigation and discovery in this action are continuing and AMCO reserves its right to amend, modify and supplement these disclosures as it may deem necessary and appropriate based on its discovery of additional information.

**B.**     **Documents**

AMCO herewith discloses the following documents:

1. Certified copy of AMCO Insurance Company Policy No. PPA 0008899321-1 (Bates-stamped pages 020001-020063, with "Copy Certification by Custodian of Records" page).

2. Non-privileged portions of AMCO's claim file diary notes regarding claim no. 84M33976 (Bates-stamped pages 010082-010124).

3. Non-privileged portions of AMCO's claim file regarding claim no. 84M33976 (this matter) (Bates-stamped pages 010001-010081, 010125-011278).

4. Privilege log.

///

5. Electronically-Stored Information: AMCO has undertaken to preserve all electronically-stored information regarding Plaintiff's underinsured motorist claim. AMCO hereby identifies the following sources of electronically-stored information:

    a. Lotus Notes (e-mail software system);

    b. Passport (the above noted claim file diary notes); and

    c. Automated Workflow Distribution (a workflow and imaging system used to electronically route and store business documents).

Non-privileged electronically-stored information is included in the documents described in categories 2 and 3 above.

AMCO reserves the right to augment, amend, modify and supplement this list of documents.

AMCO reserves the right to offer and use as evidence all documents identified and disclosed by Plaintiff in this action.

AMCO's investigation and discovery in this action are continuing and AMCO reserves its right to augment, amend, modify and supplement these disclosures as it may deem necessary and appropriate based on its discovery of additional information.

Dated: June 22, 2007

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Julian J. Pardini
Stephen J. Liberatore
Attorneys for Defendant
AMCO INSURANCE COMPANY