**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
Stephen J. Liberatore, Esq.  SB# 129772
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant, ALLIED PROPERTY
AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| CHRISTINE DOUGHERTY, | CASE NO. C 07-01140 MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** (Re Defendant AMCO's <u>Amended</u> Initial Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26) |
| v. | |
| AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive, | Action Filed:        1/24/07 Removed to USDC:   2/26/07 |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///

4830-1299-4561.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

*Christine Dougherty vs. AMCO Insurance Co., et al.*
United States District Court, Northern Dist., Case No. C 07-01140 MHP

### CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

     I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is One Sansome Street, 14th Floor, San Francisco, CA 94104.

     On June 25, 2007, I served the following document described as:

**DEFENDANT AMCO INSURANCE COMPANY'S <u>AMENDED</u> INITIAL DISCLOSURES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 26**

on all interested parties in this action by placing  [X] a true copy   [  ] the original thereof enclosed in sealed envelopes addressed as follows:

<u>**VIA E-FILING**</u>

Law Offices of Stephen M. Murphy        Attorneys for Plaintiff,
Stephen M. Murphy, Esq.               CHRISTINE DOUGHERTY
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel: 415/ 986-1338  -  Fax: 415/ 986-1231

<u>**VIA OVERNIGHT MAIL**</u>

Law Offices of David M. Porter          Co-Counsel for Plaintiff,
David M. Porter, Esq.                  CHRISTINE DOUGHERTY
101 California Street, Suite 2050
San Francisco, CA 94111
Tel:  415/ 982-8600  -  Fax: 415/ 391-9515

[X]    (BY OVERNIGHT DELIVERY/COURIER)

     [X]    I delivered such envelope to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees provided for.

     [ ]    I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on June 25, 2007, at San Francisco, California.

*Arleigh Koulax*
Arleigh Koulax

4830-1299-4561.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580