1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (SBN # 103768)
2  JEREMY A. GRAHAM (SBN # 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:   (415) 986-1338
4  Fax:  (415) 986-1231

5  LAW OFFICES OF DAVID M. PORTER
   DAVID M. PORTER (SBN # 124500)
6  101 California Street, Suite 2050
   San Francisco, CA 94111
7  Tel: (415) 982-8600
   Fax: (415) 391-9515
8
   Attorneys for Plaintiff
9  CHRISTINE DOUGHERTY

10

11
                            IN THE UNITED STATES DISTRICT COURT
12
                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14  CHRISTINE DOUGHERTY,            )    NO. C 07-01140 MHP
                                    )
15                                  )
    Plaintiff,                      )
16                                  )
    v.                              )    **DECLARATION OF DAVID M. PORTER**
17                                  )    **IN SUPPORT OF EX PARTE REQUEST**
                                    )    **TO CONTINUE HEARING ON MOTION**
18  AMCO INSURANCE COMPANY          )    **FOR SUMMARY JUDGMENT**
    and DOES ONE through TWENTY,    )
19  Inclusive,                      )
                                    )
20  Defendants.                     )
                                    )
21  _____ )

22

23

24

25

26

---

1  I, DAVID M. PORTER, declare:

3  I am one of the attorneys of record for Plaintiff Christine Dougherty and am licensed to practice law in California.

5  1.  I received Defendant's Motion For Summary Judgment on Monday, June 25, 2007.  As there has been absolutely no discovery conducted yet in this case, I immediately telephoned counsel for Defendant, Stephen J. Liberatore, on Monday June 25, 2007, and left a voice mail message asking Mr. Liberatore to stipulate to a continuance of the hearing on Defendant's Motion.  I never heard back from him.

10  2.  On Tuesday, June 26, 2007, I again telephoned Mr. Liberatore, whose voice mail greeting said that he would be out of the office that day, but that he would be back in his office Wednesday, June 27, 2007.  I therefore telephoned lead counsel for Defendant, Julian J. Pardini, and left him a voice mail message Tuesday morning, June 26, 2007, asking whether he would stipulate to a continuance of the hearing on Defendant's Motion for Summary Judgment.  I never heard back from him.

16  3.  On Wednesday morning, June 27, 2007, I again telephoned Mr. Liberatore and again left him a voice mail message asking whether he would stipulate to a continuance of the hearing on his Motion for Summary Judgment.  As of 11:30 a.m. on Wednesday, June 27, 2007, I have not heard back from him.

20  I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

23  Executed at San Francisco, California on June 27, 2007.

          **/s/ David M. Porter**
          DAVID M. PORTER

DECLARATION OF DAVID M. PORTER IN SUPPORT OF EX PARTE REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT    1

**ATTESTATION**

I, STEPHEN M. MURPHY, hereby declare as follows:

I am one of the attorneys of record for Plaintiff Christine Dougherty in this action and am duly authorized to practice law in the State of California.

I hereby attest that concurrence from David M. Porter has been obtained in the filing of this Declaration.

I declare under the penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California on June 27, 2007.

          /s/ **Stephen M. Murphy**
          STEPHEN M. MURPHY

DECLARATION OF DAVID M. PORTER IN SUPPORT OF EX PARTE REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT   2