| | |
|---|---|
| 1 | LAW OFFICES OF STEPHEN M. MURPHY |
| | STEPHEN M. MURPHY (SBN # 103768) |
| 2 | JEREMY A. GRAHAM (SBN # 234166) |
| | 180 Montgomery Street, Suite 940 |
| 3 | San Francisco, CA 94104 |
| | Tel:  (415) 986-1338 |
| 4 | Fax:  (415) 986-1231 |
| 5 | LAW OFFICES OF DAVID M. PORTER |
| | DAVID M. PORTER (SBN # 124500) |
| 6 | 101 California Street, Suite 2050 |
| | San Francisco, CA 94111 |
| 7 | Tel: (415) 982-8600 |
| | Fax: (415) 391-9515 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | CHRISTINE DOUGHERTY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE DOUGHERTY, | ) | NO. C 07-01140 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER CONTINUING** |
| | ) | **HEARING ON MOTION FOR SUMMARY** |
| | ) | **JUDGMENT** |
| AMCO INSURANCE COMPANY | ) | |
| and DOES ONE through TWENTY, | ) | |
| Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ __ | ) | |

1  Plaintiff Christine Dougherty's Ex Parte Request to Continue Hearing on Motion
2  for Summary Judgment was filed with this Court on June 27, 2007.  After reviewing the
3  papers submitted in support of Plaintiff's ex parte request and good cause appearing,
4  IT IS HEREBY ORDERED that Plaintiff's request to continue the hearing on
5  Defendant's Motion for Summary Judgment for one hundred and eighty days is hereby
6  GRANTED.  Defendant filed its Motion for Summary Judgment prior to the initial Case
7  Management Conference without first obtaining leave of the Court as required by this
8  Court's Standing Orders.  Additionally, because Plaintiff has not had sufficient
9  opportunity to obtain evidence through discovery that is necessary to oppose
10 Defendant's Motion for Summary Judgment, a continuance is warranted pursuant to
11 Federal Rule of Civil Procedure 56, subdivision (f).
12 IT IS HEREBY ORDERED that the hearing on Defendant's Motion for Summary
13 Judgement is continued to January 28, 2008.

15 DATED:                          _____
                                   MARILYN H. PATEL
16                                 U.S. District Judge