1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (SBN # 103768)
2  180 Montgomery Street, Suite 940
   San Francisco, CA 94104
3  Tel:  (415) 986-1338
   Fax: (415) 986-1231
4
   LAW OFFICES OF DAVID M. PORTER
5  DAVID M. PORTER (SBN # 124500)
   101 California Street, Suite 2050
6  San Francisco, CA 94111
   Tel: (415) 982-8600
7  Fax: (415) 391-9515

8  Attorneys for Plaintiff
   CHRISTINE DOUGHERTY
9

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
   CHRISTINE DOUGHERTY,          )   NO. C 07-01140 MHP
14                               )
                                 )
15 Plaintiff,                    )
                                 )
16 v.                            )   **PLAINTIFF'S INITIAL**
                                 )   **DISCLOSURES**
17                               )
   AMCO INSURANCE COMPANY        )   [Fed. Rule Cov. Proc. 26(a)(1)]
18 and DOES ONE through          )
   TWENTY, Inclusive,            )
19                               )
   Defendants.                   )
20                               )
   _____ )
21

22      Pursuant to Federal Rule of Civil Procedure 26, Plaintiff Christine

23 Dougherty hereby makes her initial disclosures. Plaintiff makes these

24 disclosures based on her present knowledge, information, and belief,

25 formed after an inquiry that is reasonable under the circumstances. To the

26 best of plaintiff's and her counsel's knowledge, this disclosure is complete

---

PLAINTIFF'S INITIAL DISCLOSURES

and correct at this time. Plaintiff reserves the right to amend or supplement this disclosure.

**A.** **Rule 26(a)(1)(A):** The name, address and telephone number of each individual likely to have discoverable information relevant to plaintiff's claims are as follows:

1) Christine Dougherty
2 Sinaloa Court
Novato, CA 94947
(415) 897-1101

2) Malcolm Rayburn
2 Sinaloa Court
Novato, CA 94947
(415) 897-1101

3) Glen Osmidoff
140 San Carlos Way
Novato, CA 94947
(415) 898-9261

4) Darrell Wayne Anderson
2006 Mora, Apt. 10
Calistoga, CA 94515
(707) 942-8141

5) B. Welch
California Highway Patrol
53 San Clemente Drive
Corte Madera, CA 94925
(415) 924-1100

6) Gina Todd
USAA Casualty Insurance Company
P.O. Box 15506
Sacramento, CA 95852
(800) 531-8222

7) Jeff Mangone
AMCO Insurance Company
Pacific Coast Regional Office
2301 Circadian Way
P.O. Box 849
Santa Rosa, CA 95402-0849
(800) 552-2437

8) Julie Nickell
AMCO Insurance Company
Pacific Coast Regional Office
2301 Circadian Way
P.O. Box 849
Santa Rosa, CA 95402-0849
(800) 552-2437

9) Linda Howard
AMCO Insurance Company
Pacific Coast Regional Office
2301 Circadian Way
P.O. Box 849
Santa Rosa, CA 95402-0849
(800) 552-2437

10) Ernest H. Sponzilli, M.D.
Mt. Tam Orthopedics
1341 South Eliseo Drive
Greenbrae, CA 94904
(415) 924-8900

11) Paula Abdaub, R.N.
Mt. Tam Orthopedics
1341 South Eliseo Drive
Greenbrae, CA 94904
(415) 924-8900

12) Mark S. Lawler, M.D.
Marin Orthopedic & Sports Medicine
4000 Civic Drive, Suite 205
San Rafael, CA 94903-5233
(415) 492-1600

13) Charles Peri, M.D.
Novato Acupuncture & Herb Clinic
1531-E South Novato Boulevard
Novato, CA 94949
(415) 897-4678

14) Linda Kozitza-Pepper, Ph.D.
3 Hamilton Landing, Suite 230
Novato, CA 94949
(415) 883-8332

15) Michele Cohen, M.P.T.
Novato Back Care and Sports Rehabilitation
505-B San Marin Drive, Suite 180
Novato, CA 94945
(415) 898-1311

16) Renton Rolph, Esq.
Law Offices of Justin D. James
One Front Street, Suite 1250
San Francisco, CA 94111
(415) 837-3820

17) Vincent B. McLorg, Esq.
Law Office of Vincent B. McLorg
185 Prospect Avenue
San Anselmo, CA 94960
(415) 686-1485

18) The Honorable Alfred Chiantelli, Judge (ret.)
ADR Services, Inc.
50 Fremont Street, Suite 2110
San Francisco, CA 94105
(415) 772-0900

**B.    Rule 26(a)(1)(B):** The following documents are in the possession, custody or control of defendant which plaintiff may use to support her claims:

1) Amco Insurance Company Policy No. PPA 0008899321-1 (Bates-stamped as pages 0200001-020063, with "Copy Certification by Custodian of Records" page).

2) Non-Privileged portions of AMCO's claim file diary notes regarding claim no. 84M33976 (Bates-stamped as pages 010082-010124).

3) Non-privileged portions of AMCO's claim file regarding claim no. 84M33976 (Bates-stamped as pages 010001-010081, 010125-011278).

4) AMCO's privilege log.

5) Transcript of deposition of Christine Dougherty on August 9, 2002.

6) Transcript of deposition of Malcolm Rayburn on August 9, 2002.

7) Transcript of deposition of Ernest H. Sponzilli, M.D. on

November 26, 2002 and Exhibits thereto.

8) Transcript of deposition of Christine Dougherty on June 16, 2005 and Exhibits thereto.

9) Transcript of deposition of Glen Robert Osmidoff on August 31, 2005 and Exhibits thereto.

10) Plaintiff's medical expense documents previously produced to defendant as bates-stamped nos. 000001 - 000083.

11) Traffic Collision Report No. NP0100188T regarding the multi-vehicle accident on April 17, 2001, previously produced to defendant as bates-stamped nos. 000151 - 000157.

12) Recorded Statement of Christine Dougherty on April 18, 2001 taken by Gina Todd of USAA Sacramento, previously produced To defendant as bates-stamped nos. 000158 - 000167.

13) California Traffic Accident Report dated April 24, 2001 submitted by plaintiff to the California Department of Motor Vehicles and previously produced to defendant as bates-stamped no. 000168.

14) Plaintiff's profit & loss statements previously produced to defendant as bates-stamped nos. 000169 - 000172.

15) Photographic document of plaintiff's injuries previously produced to defendant as bates-stamped no. 000173.

16) All correspondence between AMCO Insurance and Stephen M. Murphy / David M. Porter.

17) Notes of phone communications between AMCO and Stephen M. Murphy.

18) Arbitration Award dated March 1, 2006 by Hon. Alfred G. Chiantelli (Ret).

PLAINTIFF'S INITIAL DISCLOSURES          5

1  **C.   Rule 26(a)(1)(C):** Plaintiff is seeking (a) general damages for emotional distress, humiliation and mental anguish; (b) lost interest and/or interest incurred on moneys borrowed, increased litigation expenses, increased personal expenses, increased attorneys fees, and other financial losses; and (c) exemplary (punitive) damages, all according to proof. Plaintiff is also seeking reasonable attorneys' fees, costs and expenses of litigation, and prejudgment interest. The calculation of such damages is incomplete at this time, and is dependant on discovery proceedings to ascertain relevant facts in support of such calculation.

**D.   Rule 26(a)(1)(D):** Please refer to insurance policy documents identified under part B above.

Dated: July 5, 2007                     LAW OFFICES OF STEPHEN M. MURPHY

                                        By:   **/s/ Stephen M. Murphy**

                                        STEPHEN M. MURPHY
                                        Attorney for Plaintiff