# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 9, 2007

Case No.    C 07-1140  MHP                    Judge: MARILYN H. PATEL

Title: CHRISTINE DOUGHERTY -v- AMCO INSURANCE COMPANY

Attorneys:  Plf: David Porter, Steven Murphy
            Dft: Julian Pardini

Deputy Clerk:  Anthony Bowser  Court Reporter: Sahar McVicker

## PROCEEDINGS

1)   Case Management Conference

2) _____

3) _____

## ORDERED AFTER HEARING:

Underlying claims discussed; Counsel stipulate to private mediation, to be completed within the next 90 days; Pending motion for summary judgment not to be heard by court at this time; Depositions limited to one/side prior to mediation;

A further Status Conference set for 11/5/2007 at 3:00 pm, with a joint status report to be filed one week prior.