1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (SBN # 103768)
2  JEREMY A. GRAHAM (SBN # 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:  (415) 986-1338
4  Fax: (415) 986-1231

5  LAW OFFICES OF DAVID M. PORTER
   DAVID M. PORTER (SBN # 124500)
6  101 California Street, Suite 2050
   San Francisco, CA 94111
7  Tel: (415) 982-8600
   Fax: (415) 391-9515
8
   Attorneys for Plaintiff
9  CHRISTINE DOUGHERTY

10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14  CHRISTINE DOUGHERTY,            )    NO. C 07-01140 MHP
                                    )
15                                  )
    Plaintiff,                      )
16                                  )
    v.                              )    **CERTIFICATION OF INTERESTED**
17                                  )    **ENTITIES OR PERSONS**
                                    )
18  AMCO INSURANCE COMPANY          )    **N.D. Cal. Local Rule 3-16**
    and DOES ONE through TWENTY,    )
19  Inclusive,                      )
                                    )
20  Defendants.                     )
    _____ )
21

22      Plaintiff CHRISTINE DOUGHERTY hereby submits the following Certification of

23  Interested Entities or Persons pursuant to Northern District of California Local Rule

24  No. 3-16. The identities of persons, associations, firms, partnerships, corporations and

25  other entities known by the parties to have (1) a financial interest in the subject matter

26  at issue or in a party to this action, or (2) any other kind of interest that could be

---
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | substantially affected by the outcome of this action, are:

2 |     1.    CHRISTINE DOUGHERTY, plaintiff

3 |     2.    Malcolm Rayburn, plaintiff's husband

4 |     3.    AMCO INSURANCE COMPANY, defendant

5 |     4.    Stephen M. Murphy, Esq., plaintiff's counsel of record

6 |     5.    David M. Porter, Esq., plaintiff's counsel of record

7 |     6.    Lewis Brisbois Bisgaard & Smith, LLP, defendant's counsel of

8 |           record

9 | Dated: July 18, 2007        LAW OFFICES OF STEPHEN M. MURPHY

11 |                  /s/ Stephen M. Murphy
   |            Stephen M. Murphy
   |            Attorney for plaintiff CHRISTINE DOUGHERTY