1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Julian J. Pardini, Esq. SB# 133878
2  Stephen J. Liberatore, Esq. SB# 129772
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendant
   AMCO INSURANCE COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHRISTINE DOUGHERTY,              ) CASE NO. C 07-01140 MHP
                                       )
12 |        Plaintiff,                 ) **JOINT STIPULATION TO CONTINUE**
                                       ) **MEDIATION DEADLINE AND**
13 |    v.                             ) **PROPOSED ORDER**
                                       )
14 | AMCO INSURANCE COMPANY, and DOES  )
   | ONE through TWENTY, Inclusive,    )
15 |                                   )
   |        Defendant.                 ) Department:   18
16 |_____) Action Filed: January 24, 2007

17

18         Plaintiff CHRISTINE DOUGHERTY and Defendant AMCO INSURANCE COMPANY,

19  by and through their undersigned counsel, hereby jointly request of this Court and stipulate to

20  continue the mediation deadline in this matter beyond the current deadline of October 8, 2007.

21         On July 9, 2007, at the Initial Case Management Conference in this matter, this Court

22  ordered that mediation be completed within 90 days, that being on or before October 8, 2007. The

23  Court also scheduled a Further Case Management Conference on November 5, 2007.

24         The depositions of Ms. Dougherty and AMCO adjuster Jeffrey Mangone are scheduled for

25  September 6 and 25, 2007, respectively. The parties have agreed that it would be appropriate to

26  extend the deadline within which the mediation must occur to allow AMCO sufficient time to fully

27  evaluate this case following these depositions to ensure that the mediation is meaningful.

28  ///

4825-1298-6113.1
JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE AND PROPOSED ORDER

The mediation is now currently scheduled to take place on October 17, 2006, more than two weeks before the scheduled Further Case Management Conference on November 5, 2007, so this brief extension will not interfere with the Court's scheduling in this case. Therefore, good cause exists for the requested extension of the mediation deadline.

Respectfully submitted,

DATED: September 6, 2007    LAW OFFICES OF DAVID M. PORTER

By: _____
David M. Porter
Attorneys for Plaintiff
CHRISTINE DOUGHERTY

DATED: September 6, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Julian J. Pardini
Attorneys for Defendant
AMCO Insurance Company

## ORDER

Upon reviewing the above stipulated request of the parties for an order extending the deadline for mediation in this matter,

IT IS ORDERED that the deadline for continuing the mediation in this matter shall be, and hereby is, extended to and including October 31, 2007.

DATED: September ___, 2007

_____
Hon. Margaret M. Patel
United States Magistrate Judge