1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   Julian J. Pardini, Esq.  SB# 133878
2  Stephen J. Liberatore, Esq.  SB# 129772
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendant
   AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY, | CASE NO. C 07-01140 MHP |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE AND** ~~PROPOSED~~ **ORDER** |
| v. | |
| AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive, | |
| Defendant. | Department:  18<br>Action Filed:  January 24, 2007 |

Plaintiff CHRISTINE DOUGHERTY and Defendant AMCO INSURANCE COMPANY, by and through their undersigned counsel, hereby jointly request of this Court and stipulate to continue the mediation deadline in this matter beyond the current deadline of October 8, 2007.

On July 9, 2007, at the Initial Case Management Conference in this matter, this Court ordered that mediation be completed within 90 days, that being on or before October 8, 2007. The Court also scheduled a Further Case Management Conference on November 5, 2007.

The depositions of Ms. Dougherty and AMCO adjuster Jeffrey Mangone are scheduled for September 6 and 25, 2007, respectively. The parties have agreed that it would be appropriate to extend the deadline within which the mediation must occur to allow AMCO sufficient time to fully evaluate this case following these depositions to ensure that the mediation is meaningful.

///

The mediation is now currently scheduled to take place on October 17, 2006, more than two weeks before the scheduled Further Case Management Conference on November 5, 2007, so this brief extension will not interfere with the Court's scheduling in this case. Therefore, good cause exists for the requested extension of the mediation deadline.

Respectfully submitted,

DATED: September 6, 2007    LAW OFFICES OF DAVID M. PORTER

By: /s/ David M. Porter
David M. Porter
Attorneys for Plaintiff
CHRISTINE DOUGHERTY

DATED: September 6, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Julian J. Pardini
Julian J. Pardini
Attorneys for Defendant
AMCO Insurance Company

### ORDER

Upon reviewing the above stipulated request of the parties for an order extending the deadline for mediation in this matter,

IT IS ORDERED that the deadline for continuing the mediation in this matter shall be, and hereby is, extended to and including October 31, 2007.

DATED: September 10, 2007



Hon. Margaret [?]
United States [Magistrate Judge]

IT IS SO ORDERED
Judge Marilyn H. Patel

4825-1298-6113.1