**LAW OFFICES OF STEPHEN M. MURPHY**
Stephen M. Murphy, Esq. SB# 103768
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Telephone: (415) 986-1338
Facsimile: (415) 986-1231

**LAW OFFICES OF DAVID M. PORTER**
David M. Porter, Esq. SB# 124500
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 982-8600
Facsimile: (415) 391-9515

Attorneys for Plaintiff
CHRISTINE DOUGHERTY

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>          Plaintiff,<br><br>     v.<br><br>AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive,<br><br>          Defendant. | CASE NO. C 07-01140 WDB<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   November 5, 2007<br>Time:  3:00 p.m.<br>Dept.:  15<br>Judge: Hon. Marilyn H. Patel |

Plaintiff Christine Dougherty ("Plaintiff") and Defendant AMCO Insurance Company ("AMCO") jointly submit this Further Case Management Statement and request the Court issue its

1  Case Management Order pursuant thereto. The parties previously submitted to the Court a Joint
2  Case Management Statement on May 29, 2007.

3  I.   **Activity Since July 9, 2007 Case Management Conference**

4  At the first Case Management Conference in this matter on July 9, 2007, the Court ordered
5  the parties to participate in a mediation within 90 days. During that time, each of the parties was
6  allowed to take one deposition, with the proviso that AMCO could not take the deposition of
7  either of plaintiff's attorneys.

8  On September 6, 2007, AMCO conducted the deposition of plaintiff Christine Dougherty.
9  On October 8, 2007, plaintiff conducted the deposition of AMCO's claim adjuster,
10 Jeffrey Mangone.

11 During this time, the parties were attempting to schedule a mediation with agreed mediator
12 David Rudy. Due to calendaring issues of Mr. Rudy and counsel for the parties, they submitted to
13 the court a stipulation to extend the time within which the mediation must occur for several weeks,
14 to October 31, 2007.

15 The parties participated in the Court ordered mediation on October 17, 2007. The
16 mediation lasted the entire day, with the parties exchanging various theories of liability and
17 defenses. The mediation concluded without any exchange of settlement demands or offers, as
18 Mr. Rudy believed some additional work needed to be completed by both sides before the case
19 might be in a position for substantive settlement discussions to proceed. The parties are currently
20 working on those issues and intend to return to mediation before the end of the year.

21 AMCO requests the Court lift its stay of activity in this action, and specifically that it be
22 allowed to re-file its motion for summary judgment at this time. Plaintiff objects to the motion for
23 summary judgment being filed at this time.

24 DATED:   October 29, 2007                Respectfully submitted,

25                                          LAW OFFICES OF STEPHEN M. MURPHY

26

27                                          By    /s/ Stephen M. Murphy
                                                  Stephen M. Murphy
28                                          Attorney for Plaintiff
                                            CHRISTINE DOUGHERTY

JOINT CASE MANAGEMENT STATEMENT                -2-
C-07-01140 WDB

|   |   |
|---|---|
| 1 | LAW OFFICES OF DAVID M. PORTER |
| 2 |   |
| 3 | By    /s/ David M. Porter |
| 4 | David M. Porter<br>Attorney for Plaintiff<br>CHRISTINE DOUGHERTY |
| 5 |   |
| 6 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 |   |
| 8 | By    /s/ Julian J. Pardini |
| 9 | Julian J. Pardini<br>Stephen J. Liberatore |
| 10 | Attorneys for Defendant<br>AMCO INSURANCE COMPANY |

JOINT CASE MANAGEMENT STATEMENT       -3-
C 07-01140 WDB