**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: November 5, 2007

Case No.   C 07-1140  MHP          Judge: MARILYN H. PATEL

Title: CHRISTINE DOUGHERTY -v- AMCO INSURANCE COMPANY

Attorneys:  Plf: Jeremy Graham
            Dft: Julian Pardini

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Mediation attended, but not yet successful; Discovery limited to prior to summary judgment motion(s), to be completed within 90 days; Defendant may file summary judgment motions (3/10/2008); Court instructs plaintiff to turn over 3rd party communications requested;