LEWIS BRISBOIS BISGAARD & SMITH LLP
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
Rowena C. Seto, Esq. SB# 235103
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| CHRISTINE DOUGHERTY, <br><br> Plaintiff, <br><br> v. <br><br> AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive, <br><br> Defendant. | CASE NO. C 07-01140 MHP <br> E-FILING <br><br> **STIPULATION RE PROTECTIVE ORDER** <br><br><br> Action Filed:     1/24/07 <br> Removed to USDC:  2/26/07 |

IT IS HEREBY STIPULATED AND AGREED by the parties in this action, through their respective counsel of record, that discovery in, and litigation of, this action may involve requests for the production of information and documents that the parties consider to be sensitive, confidential or proprietary. The parties believe that a protective order restricting the use and dissemination of confidential, proprietary, and competitively sensitive information is necessary and appropriate to facilitate discovery and litigation in this action. The parties also believe that such an order is necessary and appropriate to enable the parties to conduct discovery of non-parties that may have similar concerns regarding their confidential, proprietary or competitively sensitive information.

4816-5486-0033.1

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-entitled action, through their respective counsel of record, that:

1. All documents that AMCO Insurance Company may produce related to its practices and procedures, including but not limited to claims manuals and guidelines, training documents and materials, policy manuals and directives, job descriptions, procedures manuals and ethical guidelines (collectively "Proprietary Materials"), and any summaries, copies, abstracts, or other documents derived in whole or in part from the Proprietary Materials, shall be used solely in the prosecution or defense of this action and, except with the prior consent of AMCO or upon prior order of this Court, shall not be disclosed by any party other than as follows:

   (a) To outside counsel for the parties and their secretaries, legal assistants, or other support personnel involved in this litigation ("Outside Litigation Counsel");

   (b) To employees of the parties;

   (c) To outside experts and consultants who are not employees of any party and who are expressly retained to assist counsel of record for the parties solely for the prosecution or defense of this litigation or the preparation of this action for trial, and the employees of such persons ("Outside Litigation Assistants"). Any Outside Litigation Assistant who is allowed to examine the Proprietary Materials is bound by the terms of this Stipulation and Protective Order.;

   (d) To the Court and Court personnel, and court reporters and videographers who are retained to transcribe or videotape testimony in this action;

   (e) To any person who was either an original author or recipient of a document containing or constituting the Proprietary Materials.

2. The use of the Proprietary Materials for the purpose of any hearing or trial which is open to the public is not addressed at this time, but may be the subject of future agreement or order as the need may arise.

3. Designation of the Proprietary Materials as "Confidential" or "Confidential/ Restricted" shall not be made known to the jury in any manner.

4. This Stipulation and Protective Order shall continue to be binding after the

1  conclusion of this action, including all appeals, until further order of the Court, unless the parties
2  agree otherwise in writing. Any and all originals and copies of the Proprietary Materials shall, at
3  the request of AMCO, be returned to counsel for AMCO, or destroyed and so certified, within two
4  months after a final judgment or settlement, except that counsel for each party (whether or not
5  counsel of record) may retain pleadings filed with the Court, and written discovery requests and
6  responses thereto.

7      5.    Neither this Stipulation and Order nor any party's designation of the Proprietary
8  Materials as "Confidential" or "Confidential/Restricted" shall affect the admissibility of any
9  evidence.

10     6.    No photocopies of the Proprietary Materials, in whole or in part, will be made.
11  The Court retains jurisdiction subsequent to settlement or entry of judgment to enforce the
12  terms of this Stipulation and Order.

DATED: Dec. 13, 2007

LAW OFFICE OF STEPHEN M. MURPHY

By: _____
    Stephen M. Murphy
    Attorney for Plaintiff CHRISTINE DOUGHERTY

DATED: 12/21/07, 2007

LAW OFFICES OF DAVID M. PORTER

By: _____
    David M. Porter
    Attorney for Plaintiff CHRISTINE DOUGHERTY

DATED: 12/21, 2007

LEWIS, BRISBOIS, BISGAARD & SMITH LLP

By: _____
    Julian J. Pardini
    Attorneys for Defendant and CrossComplainant
    ALLIED PROPERTY & CASUALTY INSURANCE COMPANY

27  ///
28  ///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4816-5486-0033.1

1  IT IS SO ORDERED.

3  Dated: _____

_____
Judge of U.S. District Court
Northern District of California

Lewis Brisbois Bisgaard & Smith LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4816-5486-0033.1

STIPULATION FOR PROTECTIVE ORDER
C07-01140 MHP