UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE DOUGHERTY,

        Plaintiff(s),

vs.

AMCO INSURANCE COMPANY,

        Defendant(s).

Case No.07-1140 MHP

**ORDER RE MOTION**

On June 22, 2007, defendant filed a motion for summary judgment which has been continued for the purpose of completing further discovery. Pursuant to the minute order dated November 5, 2007, discovery completion is set for February 4, 2008 and summary judgment motions shall be filed on or before March 10, 2008. Therefore, the current motion is deemed withdrawn and the application to continue is moot. If and when defendant files its summary judgment motion it may resubmit the same papers or new moving papers.

Accordingly, the motions bearing docket ##11 and 21 are deemed withdrawn or mooted by the court's minute order dated November 5, 2007, and the Clerk of Court shall correct the docket to so show.

IT IS SO ORDERED.

Date: January 24, 2008

MARILYN HALL PATEL
Judge, United States District Court
Northern District of California

**ENDNOTES**