1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   Julian J. Pardini, Esq. SB# 133878
2  Stephen J. Liberatore, Esq. SB# 129772
   Rowena C. Seto, SB# 235103
3  One Sansome Street, Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
5
   Attorneys for Defendant ALLIED PROPERTY
6  AND CASUALTY INSURANCE COMPANY

7

8                       UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

10

11 CHRISTINE DOUGHERTY,              ) CASE NO. C 07-01140 MHP
                                     ) E-FILING
12                                   )
          Plaintiff,                 )
13                                   ) **STIPULATION AND** ~~PROPOSED~~ **ORDER**
                                     ) **RE EXTENDING DEADLINE FOR**
14     v.                            ) **COMPLETING LIMITED DISCOVERY**
                                     ) **PRIOR TO MOTION FOR SUMMARY**
15                                   ) **JUDGMENT**
   AMCO INSURANCE COMPANY, and DOES  )
16 ONE through TWENTY, Inclusive,    )
                                     )
17                                   ) Action Filed:    1/24/07
          Defendant.                 ) Removed to USDC: 2/26/07
18                                   )
                                     )
19

20

21       Plaintiff CHRISTINE DOUGHERTY and Defendant AMCO INSURANCE COMPANY,

22 by and through their undersigned counsel, hereby jointly stipulate to and request the Court agree to

23 continue the deadline for completion of discovery for the purpose of motions for summary

24 judgment.

25       The parties attended a Status Conference on November 5, 2007, and the Court

26 subsequently issued a Minute Order. On January 24, 2008, this Court issued an Order

27 memorializing its Minute Order, as follows:

28 ///

4813-2982-5794.1
CERTIFICATE OF SERVICE
C07-01140 MHP

1  • Last Day for Completion of Discovery for the
      Purpose of Motions for Summary Judgment            February 4, 2008

2

3  • Last Day to File Motions for Summary Judgment       March 10, 2008

4  (See Court's Order dated January 24, 2008, attached hereto as Exhibit "A.").

5  Pursuant to the Court's Minute Order, on January 4, 2008 Plaintiff served on AMCO by
6  mail a notice of taking deposition of AMCO's person most knowledgeable on nine different
7  topics. AMCO's counsel has attempted to locate and identify the witnesses who qualify as the
8  person most knowledgeable on these topics, including those related to the Colossus program, but
9  has experienced some difficulty in locating all of the witnesses to produce for deposition. Part of
10 the delay has been caused by the circumstance that AMCO and its related companies stopped
11 using the Colossus program in August of 2005, and thus locating any related documents and
12 identifying the individuals still employed by AMCO who have significant knowledge of the
13 Colossus program has been difficult and has taken longer than anticipated.
14 That search was just recently completed and the witness with regard to the Colossus
15 program who was identified is located out of state. AMCO expects to be in a position to produce
16 for deposition that witness, as well as the witnesses responsive to the other identified topics, in the
17 next three weeks.
18 Therefore, given the efforts of AMCO to identify and locate the witnesses appropriate to
19 produce in response to Plaintiff's notice of taking deposition, and the delay in completing that
20 effort until recently, the parties jointly stipulate and request the Court to continue the deadline for
21 completion of discovery for the purpose of motions for summary judgment three weeks, to
22 February 25, 2008.
23 Therefore, the parties agree and stipulate to the following, subject to the Court's approval:
24 1. The deadline for completion of discovery for the purpose of motions for summary
25 judgment as set forth in this Court's Order dated January 24, 2008 is vacated.
26 2. The deadline for completion of discovery for the purpose of motions for summary
27 judgment is set for February 25, 2008.
28 ///

4813-2982-5794.1
CERTIFICATE OF SERVICE
C07-01140 MHP

3.  The last day to file motions for summary judgment remains March 10, 2008.

Respectfully submitted,

DATED: January 28, 2008    LAW OFFICES OF STEPHEN M. MURPHY

By _____
STEPHEN M. MURPHY
JEREMY A. GRAHAM
Attorneys for Plaintiff
CHRISTINE DOUGHERTY

DATED: January 28, 2008    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JULIAN J. PARDINI
Attorneys for Defendant
AMCO INSURANCE COMPANY

**ORDER**

Pursuant to the above stipulated request of the parties for an order continuing certain discovery deadlines,

**IT IS HEREBY ORDERED** that:

1. The discovery related deadline as set forth in this Court's Order dated January 24, 2008 is vacated.

2. The date discovery for the purpose of motions for summary judgment is to be completed is within 110 days of the last Status Conference, February 25, 2008.

5. The date by which the parties shall file summary judgment motions remains March 10, 2008.

DATED: February 21, 2008

HONORABLE
UNITED S

IT IS SO ORDERED
Judge Marilyn H. Patel

4813-2982-5794.1
CERTIFICATE OF SERVICE
C07-01140 MHP