1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JULIAN J. PARDINI, Esq. SBN 133878
2  STEPHEN J. LIBERATORE, Esq. SBN 129772
   One Sansome St., Suite 1400
3  San Francisco, CA  94104
   Telephone: (415) 362-2580
4  Facsimile:  (415) 434-0882

5  Attorneys for Defendant
   AMCO INSURANCE COMPANY
6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10

11 CHRISTINE DOUGHERTY,            ) CASE NO. C 07 001140
                                   )
12              Plaintiff,          ) **SUPPORTING DECLARATION OF**
                                   ) **KAREN D. KOCH**
13     v.                           )
                                   )
14 AMCO INSURANCE COMPANY, and     )
   DOES ONE through TWENTY, Inclusive, )
15                                 )
                Defendant.          )
16 _____)

17     I, Karen D. Koch, declare:

18     1.     I am a secretary employed by the law firm of Lewis Brisbois Bisgaard & Smith,
19 LLP and work directly with Julian J. Pardini, attorneys of record for Defendant AMCO Insurance
20 Company in this matter. I have personal knowledge of the matters stated in this declaration and
21 could competently testify thereto if called upon to do so as a witness.

22     2.     On February 19, 2008, I electronically filed a Stipulation and Proposed Order Re
23 Extending Deadline for Completing Limited Discovery Prior to Motion for Summary Judgment.
24 This stipulation was the wrong stipulation and should not have been filed.

25     3.     I have attached to this supporting declaration a true and correct copy of the
26 Stipulation and Proposed Order, which counsel for the parties have signed and which should have
27 been submitted to the Court for Judge Patel's signature. This Stipulation extends the deadline for
28 / / /

4842-5286-6050.1                        1
                    SUPPORTING DECLARATION OF KAREN D. KOCH

completion of discovery for the purpose of motions for summary judgment to March 10, 2008 and the deadline for filing motions for summary judgment to March 24, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 22nd day of February, 2008, at San Francisco, California.

Respectfully submitted,

By: *Karen D. Koch*
Karen D. Koch