1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
  Julian J. Pardini, Esq. SB# 133878
2 Stephen J. Liberatore, Esq. SB# 129772
  Rowena C. Seto, SB# 235103
3 One Sansome Street, Suite 1400
  San Francisco, California 94104
4 Telephone: (415) 362-2580
  Facsimile: (415) 434-0882
5
  Attorneys for Defendant ALLIED PROPERTY
6 AND CASUALTY INSURANCE COMPANY

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

10

11 CHRISTINE DOUGHERTY,              ) CASE NO. C 07-01140 MHP
                                     ) E-FILING
12                                   )
         Plaintiff,                  )
13                                   ) STIPULATION AND ~~PROPOSED~~ ORDER
                                     ) RE EXTENDING DEADLINE FOR
14    v.                             ) COMPLETING LIMITED DISCOVERY
                                     ) PRIOR TO MOTION FOR SUMMARY
15                                   ) JUDGMENT
   AMCO INSURANCE COMPANY, and DOES  )
16 ONE through TWENTY, Inclusive,    )
                                     )
17                                   ) Action Filed:    1/24/07
         Defendant.                  ) Removed to USDC: 2/26/07
18                                   )
                                     )
19

20

21    Plaintiff CHRISTINE DOUGHERTY and Defendant AMCO INSURANCE COMPANY,

22 by and through their undersigned counsel, hereby jointly stipulate to and request the Court agree to

23 continue the deadlines for completion of discovery for the purpose of motions for summary

24 judgment and for filing motions for summary judgment.

25    The parties attended a Status Conference on November 5, 2007, and the Court

26 subsequently issued a Minute Order. On January 24, 2008, this Court issued an Order

27 memorializing its Minute Order, as follows:

28 ///

4813-2982-5794.1
CERTIFICATE OF SERVICE
C07-01140 MHP

|   |   |   |
|---|---|---|
| • | Last Day for Completion of Discovery for the Purpose of Motions for Summary Judgment | February 4, 2008 |
| • | Last Day to File Motions for Summary Judgment | March 10, 2008 |

(See Court's Order dated January 24, 2008, attached hereto as Exhibit "A.").

Pursuant to the Court's Minute Order, on January 4, 2008 Plaintiff served on AMCO by mail a notice of taking deposition of AMCO's person most knowledgeable on nine different topics. AMCO's counsel has attempted to locate and identify the witnesses who qualify as the person most knowledgeable on these topics, including those related to the Colossus program, but has experienced some difficulty in locating all of the witnesses to produce for deposition. Part of the delay has been caused by the circumstance that AMCO and its related companies stopped using the Colossus program in August of 2005, and thus locating any related documents and identifying the individuals still employed by AMCO who have significant knowledge of the Colossus program has been difficult and has taken longer than anticipated.

That search was just recently completed and the witness with regard to the Colossus program who was identified is located out of state. AMCO expects to be in a position to produce for deposition that witness, as well as the witnesses responsive to the other identified topics, in the next three weeks.

Therefore, given the efforts of AMCO to identify and locate the witnesses appropriate to produce in response to Plaintiff's notice of taking deposition, and the delay in completing that effort until recently, the parties jointly stipulate and request the Court to continue the deadlines for completion of discovery for the purpose of motions for summary judgment and for filing motions for summary judgment.

Therefore, the parties agree and stipulate to the following, subject to the Court's approval:

1. The deadlines for completion of discovery for the purpose of motions for summary judgment and for filing motions for summary judgment, as set forth in this Court's Order dated January 24, 2008, is vacated.

2. The deadline for completion of discovery for the purpose of motions for summary judgment is set for March 10, 2008.

4813-2982-5794.1
CERTIFICATE OF SERVICE
C07-01140 MHP

3. The deadline for filing motions for summary judgment is set for March 24, 2008.

Respectfully submitted,

DATED: February 15, 2008  LAW OFFICES OF STEPHEN M. MURPHY

By _____
STEPHEN M. MURPHY
JEREMY A. GRAHAM
Attorneys for Plaintiff
CHRISTINE DOUGHERTY

DATED: February ___, 2008  LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
JULIAN J. PARDINI
Attorneys for Defendant
AMCO INSURANCE COMPANY

# ORDER

Pursuant to the above stipulated request of the parties for an order continuing certain discovery deadlines,

**IT IS HEREBY ORDERED** that:

1. The deadlines for completion of discovery for the purpose of motions for summary judgment and for filing motions for summary judgment, as set forth in this Court's Order dated January 24, 2008, is vacated.

2. The deadline for completion of discovery for the purpose of motions for summary judgment is set for March 10, 2008.

3. The deadline for filing motions for summary judgment is set for March 24, 2008.

DATED: February 26, 2008

HONOR_____
UNITED S_____  __DGE

IT IS SO ORDERED
Judge Marilyn H. Patel

4813-2982-5794.1
CERTIFICATE OF SERVICE
C07-01140 MHP

3. The deadline for filing motions for summary judgment is set for March 24, 2008.

Respectfully submitted,

DATED: February __, 2008        LAW OFFICES OF STEPHEN M. MURPHY


By _____
STEPHEN M. MURPHY
JEREMY A. GRAHAM
Attorneys for Plaintiff
CHRISTINE DOUGHERTY


DATED: February 11, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP


By _____
JULIAN J. PARDINI
Attorneys for Defendant
AMCO INSURANCE COMPANY


# ORDER

Pursuant to the above stipulated request of the parties for an order continuing certain discovery deadlines,

**IT IS HEREBY ORDERED** that:

1. The deadlines for completion of discovery for the purpose of motions for summary judgment and for filing motions for summary judgment, as set forth in this Court's Order dated January 24, 2008, is vacated.

2. The deadline for completion of discovery for the purpose of motions for summary judgment is set for March 10, 2008.

3. The deadline for filing motions for summary judgment is set for March 24, 2008.

DATED: February ___, 2008

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

4813-2982-5794.1

CERTIFICATE OF SERVICE
C07-01140 MHP