**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street
Suite 1400, San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive,<br><br>Defendant. | CASE NO. C 07-01140 MHP<br><br>**[PROPOSED] ORDER**<br><br>Date: May __, 2008<br>Time: 2:00 p.m.<br>Dept.: 15 — Hon. Marilyn Hall Patel |

The motion of Defendant AMCO Insurance Company (hereinafter "AMCO") for summary judgment, or, in the alternative, for partial summary judgment, came on regularly for hearing on May ___, 2008, in Department 15 of the above-entitled Court, the Honorable Marilyn Hall Patel, Judge, presiding. Plaintiff Christine Dougherty ("Plaintiff"), appeared by counsel Stephen M. Murphy and David M. Porter; AMCO appeared by counsel Julian J. Pardini.

Having read and considered the opening, opposition, and reply briefs, and the exhibits submitted in support thereof, and having heard and considered the oral arguments of counsel,

**THE COURT HEREBY ORDERS AND DECREES** that AMCO's motion for summary judgment be, and hereby is, **GRANTED**.

[Or, alternatively:]

/ / /

/ / /

1  **THE COURT HEREBY ORDERS AND DECREES** that AMCO's motion for partial
2  summary judgment be, and hereby is, **GRANTED**, and the Court determines that Plaintiff is not
3  entitled to recover exemplary (punitive) damages.

5  It is so ordered.

7  Dated: _____

        Marilyn Hall Patel, Judge
        United States District Court
        Northern District of California

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580