## Dougherty v. AMCO - Discovery Disputes - Updated 3/27/08

| Party | Issue | P's position | D's position |
|---|---|---|---|
| P | PMK Witness re: Subject Area No. 6 (reserves), P's Notice of Deposition of D. | Witness produced 3/6/08 not knowledgeable; 3/10/08 demand to produce PMK. See 3/10/08 and 3/20/08 correspondence. | No response addressing this issue. |
| P | Colossus Report prepared by D in evaluating P's UIM claim. | D has duty to acquire from 3rd party (CSC) and produce in response to P's 1st RPD. See 3/5/08 and 3/20/08 correspondence. | No response addressing this issue. |
| P | P's 1st RPD Nos. 5, 12, 13, 14, 16, 17, 19, 20, 21, 22, 23, 24, 25, and 26. | D's response to P's 1st RPD stated additional documents would be produced once protective order in place. See 3/5/08 and 3/21/08 correspondence. | Will review and evaluate; will produce any outstanding documents ASAP. See 3/6/08 correspondence. |
| P | D's Privilege Log No. 2 Item No. 4 | Redaction re: subrogation information; neither trade secret nor proprietary. See 2/7/08 and 3/21/08 correspondence. | No response addressing this issue. |