**DAVID M. PORTER**
ATTORNEY AT LAW

44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE (415) 982-8600
FACSIMILE (415) 391-7808

dmporter@aol.com

April 1, 2008

The Honorable Marilyn Hall Patel

    Re: <u>Dougherty v. AMCO Insurance Company</u>
        U.S. District Court Case No. C 07-01140

Your Honor:

    We represent the Plaintiff in the referenced case. We filed a 1-page letter with the Court last week specifying a number of deficiencies in Defendant's discovery responses, and requesting that the Court intervene in a telephone conference. Despite numerous phone calls to defense counsel since last Wednesday, we still have not received a return call specifying acceptable times for such a telephone conference.

    Under the circumstances, we request that the Court permit us to file a Motion to Compel further responses to our discovery without the usual telephone conference required by your standing order.

Very truly yours,

David M. Porter

:DMP

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, STEPHEN M. MURPHY, hereby declare as follows:

I am one of the attorneys of record for Plaintiff Christine Dougherty in this action and am duly licensed to practice law in the State of California and in the U.S. District Court for the Northern District of California.

I hereby attest that concurrence from attorney and declarant David M. Porter has been obtained in the filing of this Letter Brief.

I declare under the penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California, this 1st day of April, 2008.

                                            /s/ Stephen M. Murphy
                                        STEPHEN M. MURPHY