| | |
|---|---|
| 1 | LAW OFFICES OF STEPHEN M. MURPHY |
| | STEPHEN M. MURPHY (SBN # 103768) |
| 2 | JEREMY A. GRAHAM (SBN # 234166) |
| | 180 Montgomery Street, Suite 940 |
| 3 | San Francisco, CA 94104 |
| | Tel:  (415) 986-1338 |
| 4 | Fax: (415) 986-1231 |
| 5 | LAW OFFICES OF DAVID M. PORTER |
| | DAVID M. PORTER (SBN # 124500) |
| 6 | 44 Montgomery Street, Suite 2500 |
| | San Francisco, CA 94104 |
| 7 | Tel: (415) 982-8600 |
| | Fax: (415) 391-7808 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | CHRISTINE DOUGHERTY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE DOUGHERTY, | ) | NO. C 07-01140 MHP |
| | ) | |
| | ) | **[PROPOSED ORDER RE: MOTION** |
| Plaintiff, | ) | **FOR SUMMARY JUDGMENT, OR IN** |
| | ) | **THE ALTERNATIVE, PARTIAL** |
| v. | ) | **SUMMARY JUDGMENT, AND** |
| | ) | **CROSS-MOTION FOR** |
| | ) | **CONTINUANCE PURSUANT TO** |
| AMCO INSURANCE COMPANY and | ) | **FRCP 56(f)** |
| DOES ONE through TWENTY, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | Date: April 28, 2008 |
| | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Marilyn Hall Patel |
| _____ | ) | Dept.: 15 |

[PROPOSED] ORDER RE: MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT,
AND CROSS-MOTION FOR CONTINUANCE PURSUANT TO FRCP 56(f)    Case No. C 07-01140 MHP

Defendant's Motion for Summary Judgement, or in the Alternative, Partial Summary Judgment came on for hearing on April 28, 2008 at 2:00 p.m. in Department 15 of the above-entitled court, the Honorable Marilyn Hall Patel presiding.  Stephen M. Murphy appeared on behalf of Plaintiff CHRISTINE DOUGHERTY.  Julian J. Pardini appeared on behalf of Defendant AMCO INSURANCE COMPANY.  After reviewing the papers submitted in support of and in opposition to the motion, and after hearing oral argument, the Court finds as follows:

Defendant's Motion for Summary Judgement, or in the Alternative, Partial Summary Judgment is DENIED as to both liability on all causes of action and punitive damages on Plaintiff's cause of action for Breach of Covenant of Good Faith and Fair Dealing.

Plaintiff has established triable issues of material facts as to the following: 1) whether Defendant breached its contractual obligations under the policy it issued to Plaintiff; 2) whether Defendant unreasonably withheld policy benefits due to Plaintiff pursuant to her underinsured motorist claim; 2) whether Defendant unreasonably failed to investigate the Plaintiff's underinsured motorist claim; 3) whether Defendant's managing agent(s) approved or ratified Defendant's unreasonable acts with regard to Plaintiff's underinsured motorist claim.

Because Defendant's Motion for Summary Judgement, or in the Alternative, Partial Summary Judgment is DENIED in its entirety, Plaintiff's Cross-Motion for Continuance Pursuant to Federal Rule of Civil Procedure 56(f) is moot.

IT IS SO ORDERED.

DATED: _____

                                                _____
                                                HON. MARILYN HALL PATEL
                                                Judge, United States District Court
                                                Northern District of California