1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (SBN # 103768)
2  JEREMY A. GRAHAM (SBN # 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:  (415) 986-1338
4  Fax:  (415) 986-1231

5  LAW OFFICES OF DAVID M. PORTER
   DAVID M. PORTER (SBN # 124500)
6  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104
7  Tel: (415) 982-8600
   Fax: (415) 391-7808
8
   Attorneys for Plaintiff
9  CHRISTINE DOUGHERTY

10

11
                      IN THE UNITED STATES DISTRICT COURT
12
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14 | CHRISTINE DOUGHERTY,            ) | NO. C 07-01140 MHP
   |                                 ) |
15 |                                 ) |
   | Plaintiff,                      ) |
16 |                                 ) | **PLAINTIFF'S OBJECTION, NOTICE OF**
   | v.                              ) | **MOTION AND MOTION TO STRIKE**
17 |                                 ) | **DECLARATIONS IN SUPPORT OF**
   |                                 ) | **MOTION FOR SUMMARY JUDGMENT,**
18 | AMCO INSURANCE COMPANY          ) | **OR IN THE ALTERNATIVE, PARTIAL**
   | and DOES ONE through TWENTY,    ) | **SUMMARY JUDGMENT, FOR FAILURE**
19 | Inclusive,                      ) | **TO COMPLY WITH GENERAL ORDER**
   |                                 ) | **NO. 45; MEMORANDUM OF POINTS**
20 | Defendants.                     ) | **AND AUTHORITIES IN SUPPORT**
   |                                 ) |
21 | _____ __) | Date:  May 12, 2008
   |                                   | Time:  2:00 p.m.
22 |                                   | Judge: Hon. Marilyn Hall Patel
   |                                   | Dept.: 15
23

24 TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

25     NOTICE IS HEREBY GIVEN that on May 12, 2008 at 2:00 p.m., or as soon

26 thereafter as the matter may be heard, in Department 15 of the above-entitled Court

---

located at 450 Golden Gate Avenue, San Francisco, CA 94102, the plaintiff will present the following motion:

MOTION TO STRIKE DECLARATIONS IN SUPPORT OF MOTION FOR
FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE,
PARTIAL SUMMARY JUDGMENT, FOR FAILURE TO COMPLY
WITH GENERAL ORDER NO. 45

The motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings, declarations, and exhibits previously filed herein, and upon such further argument, evidence, and authority as may be presented hereafter in its support.

Dated: April 7, 2008            LAW OFFICES OF STEPHEN M. MURPHY

                                By:  /s/ Stephen M. Murphy
                                     STEPHEN M. MURPHY
                                     Attorney for Plaintiff

MEMORANDUM OF POINTS AND AUTHORITIES

Defendant filed its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment electronically on March 19, 2008. Defendant's motion and all supporting declarations and attachments were filed using the ECF password of defendant's attorney Julian J. Pardini. (Documents filed as Docket Nos. 45-51.)

General Order No. 45 issued by this Court, "Electronic Case Filing," Section X, "Signatures," Subsection B, "Others," states as follows:

> In the case of a Signatory who is not an ECF User, or who is an ECF User but whose User ID and Password will not be utilized in the electronic filing of the document, as in the case of documents requiring multiple signatures, the filer of the document shall list thereon all the names of any other signatory or signatories. **The filer shall attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.** The filer's attestation may be incorporated in the document itself, or take the form of a declaration to be

        attached to the document. The filer shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any). The filer may attach a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

(emphasis added).

      Despite the clear instructions provided in the Order, defendant failed to file the required attestation for the supporting declarations of Jeffrey Mangone, Darbie Hoffman, and Renton Rolph.

      Plaintiff originally filed this action in California state court. Defendant removed the case to this United States District Court based solely on diversity of citizenship. Nonetheless, as this Court is aware, defendant has repeatedly shown that it is either unable or unwilling to familiarize itself with the rules and standing orders of its chosen jurisdiction.

      For the foregoing reasons, plaintiff objects to and requests that this Court strike the Declaration of Jeffrey Mangone in Support of Defendant AMCO Insurance Company [sic.] Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, the Declaration of Darbie Hoffman in Support of Defendant AMCO Insurance Company [sic.] Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and the Declaration of Renton Rolph, Esq. in Support of Defendant AMCO Insurance Company [sic.] Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment together with all exhibits and attachments thereto.

Dated: April 7, 2008           LAW OFFICES OF STEPHEN M. MURPHY

                                     By: **/s/ Stephen M. Murphy**
                                          STEPHEN M. MURPHY
                                          Attorney for Plaintiff