LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (SBN # 103768)
JEREMY A. GRAHAM (SBN # 234166)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:  (415) 986-1338
Fax: (415) 986-1231

LAW OFFICES OF DAVID M. PORTER
DAVID M. PORTER (SBN # 124500)
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Tel: (415) 982-8600
Fax: (415) 391-7808

Attorneys for Plaintiff
CHRISTINE DOUGHERTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES ONE through TWENTY, Inclusive,<br><br>Defendants.<br>_____ | NO. C 07-01140 MHP<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S OBJECTION AND MOTION TO STRIKE DECLARATIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, FOR FAILURE TO COMPLY WITH GENERAL ORDER NO. 45**<br><br>Date: May 12, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Marilyn Hall Patel<br>Dept.: 15 |

[PROPOSED] ORDER RE: PLAINTIFF'S OBJECTION AND MOTION TO STRIKE DECLARATIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT FOR FAILURE TO COMPLY WITH
GENERAL ORDER NO. 45                    Case No. C 07-01140 MHP

Plaintiff's Objection and Motion to Strike Declarations in Support of Motion for Summary Judgement, or in the Alternative, Partial Summary Judgment for Failure to Comply With General Order No. 45 came on for hearing on May 12, 2008 at 2:00 p.m. in Department 15 of the above-entitled court, the Honorable Marilyn Hall Patel presiding.  Stephen M. Murphy appeared on behalf of Plaintiff CHRISTINE DOUGHERTY.  Julian J. Pardini appeared on behalf of Defendant AMCO INSURANCE COMPANY.  After reviewing the papers submitted in support of and in opposition to the motion, and after hearing oral argument, the Court finds as follows:

Plaintiff's Objection and Motion to Strike Declarations in Support of Motion for Summary Judgement, or in the Alternative, Partial Summary Judgment for Failure to Comply With General Order No. 45 is GRANTED in its entirety.

Defendant filed its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment electronically on March 19, 2008.  Defendant's motion and all supporting declarations and attachments were filed using the ECF password of defendant's attorney Julian J. Pardini.  The aforementioned documents were filed as Docket Nos. 45-51.

The Court FINDS that the following documents, together with all exhibits and attachments thereto, were filed without the required attestation by the filing ECF user in violation of the requirements of General Order No. 45, Section X, Subsection B:

1) the Declaration of Jeffrey Mangone in Support of Defendant AMCO Insurance Company Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment;

2) the Declaration of Darbie Hoffman in Support of Defendant AMCO Insurance Company Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment; and

3) the Declaration of Renton Rolph, Esq. in Support of Defendant AMCO

[PROPOSED] ORDER RE: PLAINTIFF'S OBJECTION AND MOTION TO STRIKE DECLARATIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT FOR FAILURE TO COMPLY WITH
GENERAL ORDER NO. 45                    Case No. C 07-01140 MHP                    1

1  Insurance Company [sic.] Motion for Summary Judgment, or in the
2  Alternative, Partial Summary Judgment together with all exhibits and
3  attachments thereto.
4  The above-listed documents are hereby STRICKEN for the reasons stated
5  above.
6  IT IS SO ORDERED.
7  DATED: _____

8                                                    _____
   HON. MARILYN HALL PATEL
9  Judge, United States District Court
   Northern District of California