```
06-11-04  7:01P CST ENTERED BY EJM064              MANGONE, JEFFREY
          NOTHING FROM THE ATTY.

          OUR PREVIOUS EVAL INDICATED NO UIM CLAIM.

          NTOE TO ATTY FOR MATERIAL OR WE WILL HAVE TO GO BY OUR
             ORIGINAL EVAL.

          * * * FOLLOWING IS TO CONFIRM AC30 CORRESPONDENCE TRANSACTION * * *
06-11-04  7:06P  ORDERED BY EJM064                 MANGONE, JEFFREY
          FORM#:923C       ED DATE:1099  30 LINE BLANK MEMO - CLAIMS
          SENT TO: MR. STEPHEN MURPHY  ESQ.     180 MONTGOMERY STE. 940
                   SAN FRANCISCO CA 94104

06-17-04  5:42P CST ENTERED BY EJM064              MANGONE, JEFFREY
          RECEIVED A LETTER FROM INSD'S PHC REQUESTING REIMBURSEMENT
             FOR THEIR MED PAYMENTS.

          LETTER TO RAWLINGS RE: INSD'S EXCESS MED PAY.

          SNET A COPTY OF THE ENDORSEMENT, ALSO.

06-29-04  8:34A CST          UPLOADED NOTES FROM COLLECT1
          06\26\04 ENTRY  BY ECM020                MORSE,CHERIE

06-29-04  8:34A CST          UPLOADED NOTES FROM COLLECT1
          06\26\04 ENTRY  BY ECM020                MORSE,CHERIE

07-20-04  8:32A CST          UPLOADED NOTES FROM COLLECT1
          07\19\04 ENTRY  BY
          SUPERVISOR REVIEW FILE

07-20-04  8:32A CST          UPLOADED NOTES FROM COLLECT1
          07\19\04 ENTRY  BY

07-20-04  8:32A CST          UPLOADED NOTES FROM COLLECT1
          07\19\04 ENTRY  BY
          CLOSED BY SUPERVISOR

09-28-04  2:21P CST ENTERED BY EJM064              MANGONE, JEFFREY
          REVIEWED CLAIM AFTER EXTENDED MED LEAVE.

          THERE HAS BEEN NO REPSONSE TO THE ATTY FOR THE ADDITIONAL INFORMATION
             ON THE INSD'S CARE AND FUTURE CARE.

          THE EVAL FOR THE INJURY DID NOT INDICATE A UIM EXPOSURE, AND THE ATTY
             WAS ADVISED OF THIS.

          THE EVAL RANGE IS $ 26522 - $ 32102.  SETTLEMENT WAS MADE FROM
             USAA AT $30,000, THE EXTENT OF THE LIMITS FOR THE CLMNT'S
             POLICY.

          THERE IS A POTENTIAL FOR UIM WITH AN EXPOSURE, BASED UPON THE
             EVAL OF $2,102, THE HIGH END OF THE RANGE.

          THE ATTY'S DEMAND IS AT $45,000.

          LTR TO ATTY, ADVISING HIM WE ARE CLOSING OUR FILE, DUE TO INACTIVITY
```

010105