1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (SBN # 103768)
2  JEREMY A. GRAHAM (SBN # 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:  (415) 986-1338
4  Fax:  (415) 986-1231

5  LAW OFFICES OF DAVID M. PORTER
   DAVID M. PORTER (SBN # 124500)
6  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104
7  Tel: (415) 982-8600
   Fax: (415) 391-7808
8
   Attorneys for Plaintiff
9  CHRISTINE DOUGHERTY

10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14
   CHRISTINE DOUGHERTY,                  )   NO. C 07-01140 MHP
15                                       )
                                         )   **NOTICE OF ERRATA IN RE:**
16 Plaintiff,                            )   **PLAINTIFF'S MEMORANDUM OF**
                                         )   **POINTS AND AUTHORITIES IN**
17 v.                                    )   **OPPOSITION TO MOTION FOR**
                                         )   **SUMMARY JUDGMENT, OR IN THE**
18                                       )   **ALTERNATIVE, PARTIAL SUMMARY**
   AMCO INSURANCE COMPANY and            )   **JUDGMENT, AND CROSS-MOTION**
19 DOES ONE through TWENTY, Inclusive,   )   **FOR CONTINUANCE PURSUANT TO**
                                         )   **FRCP 56(f)**
20 Defendants.                           )
                                         )
21 _____  )   Date:  April 28, 2008
                                         )   Time:  2:00 p.m.
22                                           Judge: Hon. Marilyn Hall Patel
                                             Dept.: 15
23

24

25

26

27

28
   NOTICE OF ERRATA IN RE: PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR
   SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, AND CROSS-MOTION FOR
   CONTINUANCE PURSUANT TO FRCP 56(f)                                              Case No. C 07-01140 MHP

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff's Memorandum of Points and Authorities in Opposition to Motion For Summary Judgment, or in the Alternative, Partial Summary Judgment, and Cross-Motion for Continuance Pursuant to FRCP 56(f) previously filed on April 7, 2008 in the above-referenced matter contains the following sentence on page 24, lines 9 and 10 :

> On the day this Opposition was filed, defendant agreed to produce Mr. Mangone for further questioning and allow him to testify regarding his setting of the reserves.

This sentence was part of an earlier draft of Plaintiff's Memorandum which had been included on the expectation that defendant would agree to produce Mr. Mangone as stated. In fact, defendant has not so agreed, and this sentence was inadvertently included in the referenced document filed with the Court.

This Errata is submitted to correct this clerical error.  The foregoing sentence should be replaced in its entirety with the following:

> Defendant has not responded to plaintiff's request to produce Jeffrey Mangone for further deposition and allow him to answer questions regarding his setting of the reserves for plaintiff's claim.  (Porter Decl. at ¶ 6.)

I declare under the penalty of perjury under the laws of California that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Dated: April 8, 2008            LAW OFFICES OF STEPHEN M. MURPHY

                                By: **/s/ Stephen M. Murphy**
                                STEPHEN M. MURPHY
                                Attorney for Plaintiff

NOTICE OF ERRATA IN RE: PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, AND CROSS-MOTION FOR CONTINUANCE PURSUANT TO FRCP 56(f)                    Case No. C 07-01140 MHP 1