UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 8, 2008

Case No.   C07-1140 MHP          Judge: MARILYN H. PATEL

Title: CHRISTINE DOUGHERTY -v- AMCO Insurance Company

Attorneys:  Plf: David Porter and Jeremy Graham
            Dft: Julian Pardini

Deputy Clerk: Frank Justiliano        Court Reporter: Katherine Powell

## PROCEEDINGS

1)   Telephonic Discovery Conference  - HELD.

2)

3)

## ORDERED AFTER HEARING:

The parties informed the Court that the Colossus Narrative Report and the Stipulation for Protective Order issues have been resolved.  The Court ordered the following: 1)  Mr. Pardini to make the Person Most Knowledgeable to testify available by the agreed date and time.  Otherwise, Mr. Pardini will be ordered to pay costs and attorney fees. 2) Subrogation Information to be turned over if not privilege. 3) If testimony is for emotional distress then the records must be produced and plaintiff must be made available for deposition.  4) Deposition of Mr. Murphy is not allowed.