LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (SBN # 103768)
JEREMY A. GRAHAM (SBN # 234166)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:  (415) 986-1338
Fax: (415) 986-1231

LAW OFFICES OF DAVID M. PORTER
DAVID M. PORTER (SBN # 124500)
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Tel: (415) 982-8600
Fax: (415) 391-7808

Attorneys for Plaintiff
CHRISTINE DOUGHERTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES ONE through TWENTY, Inclusive,<br><br>Defendants.<br>_____ | NO. C 07-01140 MHP<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:  June 9, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Marilyn Hall Patel<br>Dept.:  15 |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on June 9, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Department 15 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, the plaintiff will present the following motion:

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION    1

|   |   |
|---|---|
| 1 | MOTION FOR SUMMARY ADJUDICATION |
| 2 | The motion is based on this Notice of Motion and Motion, the accompanying |
| 3 | Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of |
| 4 | Stephen M. Murphy in Support of Motion for Summary Adjudication, all pleadings, |
| 5 | declarations, and exhibits previously filed herein, and upon such further argument, |
| 6 | evidence, and authority as may be presented hereafter in its support. |
| 7 | Plaintiff's Motion for Summary Adjudication as to liability on all of her causes of |
| 8 | action is authorized by Federal Rule of Civil Procedure No. 56(d)(2). |

Dated: April 29, 2008         LAW OFFICES OF STEPHEN M. MURPHY

By:  **/s/ Stephen M. Murphy**
STEPHEN M. MURPHY
Attorney for Plaintiff