LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (SBN # 103768)
JEREMY A. GRAHAM (SBN # 234166)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:  (415) 986-1338
Fax: (415) 986-1231

LAW OFFICES OF DAVID M. PORTER
DAVID M. PORTER (SBN # 124500)
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Tel: (415) 982-8600
Fax: (415) 391-7808

Attorneys for Plaintiff
CHRISTINE DOUGHERTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES ONE through TWENTY, Inclusive,<br><br>Defendants.<br>_____ | NO. C 07-01140 MHP<br><br>**REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:  June 9, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Marilyn Hall Patel<br>Dept.:  15 |

Plaintiff CHRISTINE DOUGHERTY hereby requests the Court to take Judicial Notice of the following documents, pursuant to Federal Rule of Evidence No. 201. Plaintiff incorporates these documents in support of her Motion for Summary Adjudication, filed concurrently with this Request for Judicial Notice.

  A. Defendant's Motion for Summary Judgment, or in the Alternative, Partial

1  Summary Judgement, together with all moving papers and all supporting declarations
2  and exhibits thereto, filed in this matter on March 19, 2008.
3    B. Plaintiff's Opposition to Motion for Summary Judgment, or in the
4  Alternative, Partial Summary Judgement, and Cross-Motion for Continuance Pursuant
5  to FRCP 56(f), together with all moving papers and all supporting declarations and
6  exhibits thereto, filed in this matter on April 7, 2008.
7    C. Defendant's Reply to Plaintiff's Opposition to Motion for Summary
8  Judgment, or in the Alternative, Partial Summary Judgement, together with all moving
9  papers and all supporting declarations and exhibits thereto, filed in this matter on April
10 14, 2008.

11 Dated: April 29, 2008   LAW OFFICES OF STEPHEN M. MURPHY

12          By: **/s/ Stephen M. Murphy**
          STEPHEN M. MURPHY
13           Attorney for Plaintiff