1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (SBN # 103768)
2  JEREMY A. GRAHAM (SBN # 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:  (415) 986-1338
4  Fax: (415) 986-1231

5  LAW OFFICES OF DAVID M. PORTER
   DAVID M. PORTER (SBN # 124500)
6  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104
7  Tel: (415) 982-8600
   Fax: (415) 391-7808
8
   Attorneys for Plaintiff
9  CHRISTINE DOUGHERTY

10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14

| | |
|---|---|
| CHRISTINE DOUGHERTY, | NO. C 07-01140 MHP |
| | **[PROPOSED] ORDER RE: MOTION FOR SUMMARY ADJUDICATION** |
| Plaintiff, | |
| v. | Date:  June 9, 2008 |
| | Time:  2:00 p.m. |
| AMCO INSURANCE COMPANY and DOES ONE through TWENTY, Inclusive, | Judge: Hon. Marilyn Hall Patel |
| | Dept.: 15 |
| Defendants. | |

[PROPOSED] ORDER RE: MOTION FOR SUMMARY ADJUDICATION                    Case No. C 07-01140 MHP

1  Plaintiff's Motion for Summary Adjudication came on for hearing on June 9, 2008 at 2:00 p.m. in Department 15 of the above-entitled court, the Honorable Marilyn Hall Patel presiding.  Stephen M. Murphy appeared on behalf of Plaintiff CHRISTINE DOUGHERTY.  Julian J. Pardini appeared on behalf of Defendant AMCO INSURANCE COMPANY.  After reviewing the papers submitted in support of and in opposition to the motion, and after hearing oral argument, the Court finds as follows:

Plaintiff's Motion for Summary Adjudication is GRANTED as to liability on Plaintiff's causes of action for Breach of Contract and Breach of Covenant of Good Faith and Fair Dealing.

This Court FINDS based on the undisputed material facts as follows: 1) Defendant breached its contractual obligations under the policy it issued to Plaintiff when Defendant unreasonably withheld policy benefits due to Plaintiff pursuant to her underinsured motorist claim; and 2) Defendant unreasonably failed to investigate Plaintiff's underinsured motorist claim prior to its determination that Plaintiff was not owed policy benefits.

Each of the above findings is independently sufficient to support Defendant's liability to Plaintiff on both of her causes of action.  The parties, however, dispute the amount of compensatory damages due to Plaintiff.  The parties further dispute whether Plaintiff is entitled to punitive damages.  "An interlocutory summary judgment may be rendered on liability alone, even if there is a genuine issue on the amount of damages."  F.R.C.P. 56(d)(2). All issues relating to the amount and type of damages due to Plaintiff are to be resolved in further proceedings of this Court.

IT IS SO ORDERED.

DATED: _____

_____
HON. MARILYN HALL PATEL
Judge, United States District Court
Northern District of California