LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (SBN # 103768)
JEREMY A. GRAHAM (SBN # 234166)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:  (415) 986-1338
Fax: (415) 986-1231

LAW OFFICES OF DAVID M. PORTER
DAVID M. PORTER (SBN # 124500)
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Tel: (415) 982-8600
Fax: (415) 391-7808

Attorneys for Plaintiff
CHRISTINE DOUGHERTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> AMCO INSURANCE COMPANY ) <br> and DOES ONE through TWENTY, ) <br> Inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> _____ __ ) | NO. C 07-01140 MHP <br><br> **DECLARATION OF JEREMY A. GRAHAM IN SUPPORT OF MOTION TO ENLARGE TIME SO THAT MOTION FOR SUMMARY ADJUDICATION MAY BE CONSIDERED AS TIMELY** <br><br> Judge:  Hon. Marilyn Hall Patel <br> Dept.:   15 |

I, JEREMY A. GRAHAM, do declare under penalty of perjury as follows:

    1.    I am an attorney admitted to practice law in the State of California and in the Northern District of California, and am one of the attorneys of record for the Plaintiff in the above-referenced matter.

DECLARATION OF JEREMY A. GRAHAM IN SUPPORT OF MOTION TO ENLARGE TIME SO THAT MOTION FOR SUMMARY ADJUDICATION MAY BE CONSIDERED AS TIMELY

1

2.   Attached as Exhibit A is a true and correct copy of a letter from defense counsel Julian J. Pardini to plaintiff's counsel Stephen M. Murphy, dated April 30, 2008, in which defendant asks plaintiff to withdraw her motion for summary adjudication as untimely.

3.   Attached as Exhibit B is a true and correct copy of a letter from plaintiff's counsel Jeremy A. Graham to defense counsel Julian J. Pardini, dated April 30, 2008, in which Plaintiff requests that defendant stipulate to the Court to accepting her motion for summary adjudication as timely.

4.   I am employed by Stephen M. Murphy as an associate in his law offices. On April 30, 2008 at approximately 4:30 p.m., I received by facsimile copy of Mr. Pardini's letter attached hereto as Exhibit A.  Enclosed with this letter was copy of the Court's order dated February 26, 2008, which was filed as Document No. 44 on February 28, 2008.  In response, on May 1, 2008, at approximately 5:30 p.m., I sent to Mr. Pardini by facsimile the letter attached hereto as Exhibit B.  This letter requested a response from defense counsel by May 2, 2008, at 5:00 p.m.  As of 12:00 p.m. on May 5, 2008, I had received no such response.

I make this declaration of my own personal knowledge.  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 5th day of May, 2008 at San Francisco, California.

                         /s/ Jeremy A. Graham
                         JEREMY A. GRAHAM

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, STEPHEN M. MURPHY, hereby declare as follows:

I am one of the attorneys of record for Plaintiff Christine Dougherty in this action and am duly licensed to practice law in the State of California and in the U.S. District Court for the Northern District of California.

I hereby attest that concurrence from attorney and declarant Jeremy A. Graham has been obtained in the filing of this Declaration.

I declare under the penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California, this 5th day of May, 2008.

                                        /s/ Stephen M. Murphy
                                        STEPHEN M. MURPHY

# EXHIBIT A
## to Declaration of Jeremy A. Graham

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

JULIAN J. PARDINI
DIRECT DIAL: 415.262.8506
E-MAIL: pardini@lbbslaw.com

April 30, 2008

FILE NO.
26198-131

**Via U.S. Mail & Facsimile Transmission**

Stephen M. Murphy, Esq.
Law Offices of Stephen M. Murphy
180 Montgomery Street, Suite 940
San Francisco, CA 94104
**Fax: (415) 986-1231**

David M. Porter, Esq.
Law Offices of David M. Porter
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
**Fax: (415) 391-7808**

Re:  *Christine Dougherty v. AMCO Insurance Company*
U.S. District Court, Northern District of California Case No. C 07 1140 WDB
(removed from San Francisco County Superior Court, Case No. C04-433301)

Dear Counsel:

We received notice of your filing with the court yesterday a Motion for Summary Adjudication, along with related documents. We believe this motion was not timely filed and therefore should immediately be withdrawn.

We attach/enclose with this letter a copy of the fully executed and filed Stipulation and Order Re Extending Deadline for Completing Limited Discovery Prior to Motion for Summary Judgment, which provides as follows:

> 3.  The deadline for filing motions for summary judgment is set for March 24, 2008.

This stipulation is signed by counsel in mid-February and by Judge Marilyn H. Patel on February 26, 2008. Because your Motion for Summary Adjudication was not filed until yesterday, April 29, 2008, it was not filed within the agreed and ordered deadline and should be withdrawn. Please advise us at your earliest opportunity that you agree to withdraw the motion as it is violative of the Court's order.

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

4817-0647-7058.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

David M. Porter
Stephen M. Murphy
April 30, 2008
Page 2

Thank you for your immediate attention to the above.

Very truly yours,

Julian J. Pardini of
LEWIS BRISBOIS BISGAARD & SMITH LLP

Attachment/Enclosure
JJP:kdk

cc:   Stephen Liberatore

4817-0647-7058.1

# EXHIBIT B
to Declaration of
Jeremy A. Graham

180 Montgomery Street, Suite 940 San Francisco, California 94104
415.986.1338   415.986.1231   www.stephenmmurphy.com

LAW OFFICES OF  STEPHEN M. MURPHY

May 1, 2008

**VIA FAX AND FIRST CLASS MAIL**
Julian J. Pardini, Esq.
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104

    Re: *Christine Dougherty v. AMCO Insurance Company*
       U.S. District Court, Northern California Case No. C07-01140 MHP

Dear Mr. Pardini:

    This is in response to your letter dated April 30, 2008 regarding our Motion for Summary Adjudication. You are correct that the Court's Order extending the deadline for limited discovery states that "the deadline for filing motions for summary judgment is set for March 24, 2008." (Document No. 44, filed on Feb. 28, 2008.)

    Please let me know by 5:00 p.m. on Friday, May 2, 2008, whether defendant is willing to stipulate that plaintiff's motion should be considered as timely. Absent such a stipulation, plaintiff will file a Motion to Enlarge Time pursuant to Civil Local Rule 6-3.

    As you are aware, the Court's orders setting forth deadlines for limited discovery and for the filing of motions for summary judgment were in response to defendant's attempt to file a motion for summary judgment prior to the initial case management conference.

    Judge Patel's Pretrial Minute Order dated July 9, 2007, states that the "pending motion for summary judgment not to be heard at this time." (Document No. 28, filed on July 10, 2007.) The only pending motion at that time was defendant's motion.

    Judge Patel's further Pretrial Minute Order dated November 5, 2007, states that "defendant may file summary judgment motions (3/10/2008)." (Document No. 34, filed on Nov. 6, 2007.)

    On January 24, 2008, Judge Patel entered an Order Re Motion memorializing her prior minute orders. The Order states that "summary judgment motions shall be filed on or before March 10, 2008." (Document No. 38, filed on Jan. 25, 2008.) Defendant's motion for summary judgment was deemed withdrawn. (*Id.*)

LAW OFFICES OF **STEPHEN M. MURPHY**

Julian J. Pardini, Esq.  Page 2 of 2
Re: *Dougherty v. AMCO*
May 1, 2008

 A subsequent order extending the time to complete discovery was signed by the Court on February 21, 2008 pursuant to stipulation. (Document No. 41, filed on Feb. 22, 2008.) That Order stated that "the date by which the parties shall file summary judgment motions remains March 10, 2008." (*Id.*)

 The most recent order of the Court on this issue was signed on February 26, 2008 and is quoted in the first paragraph of this letter, above.

 Given the history of the Court's orders, it is clear that the primary object of the time limitations was defendant's motion for summary judgment. Once defendant's motion was timely filed, the purpose of the limitations was served.

 Nonetheless, because the Order remains in place and, on its face, applies equally to both parties, you are correct that plaintiff should have sought leave from the Court prior to filing her motion for summary adjudication. Because this was not done, plaintiff intends to ask the Court to retroactively accept plaintiff's motion as timely, or, alternatively, to give plaintiff leave to re-file her motion at the earliest possible date.

 As I indicated above, please let me by 5:00 p.m. on Friday, May 2, 2008, whether defendant is willing to stipulate to such a request. If defendant will not so stipulate, please let me know, in detail, any way in which defendant will be prejudiced should the Court grant plaintiff's request.

Very truly yours,

JEREMY A. GRAHAM

JAG:jag
cc: David M. Porter, Esq. (via FAX)