LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (SBN # 103768)
JEREMY A. GRAHAM (SBN # 234166)
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Tel:  (415) 986-1338
Fax: (415) 986-1231

LAW OFFICES OF DAVID M. PORTER
DAVID M. PORTER (SBN # 124500)
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Tel: (415) 982-8600
Fax: (415) 391-7808

Attorneys for Plaintiff
CHRISTINE DOUGHERTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY and DOES ONE through TWENTY, Inclusive,<br><br>Defendants.<br>_____ | NO. C 07-01140 MHP<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO ENLARGE TIME SO THAT MOTION FOR SUMMARY ADJUDICATION MAY BE CONSIDERED AS TIMELY**<br><br>Judge: Hon. Marilyn Hall Patel<br>Dept.:   15 |

1   Plaintiff's CHRISTINE DOUGHERTY filed her Motion to Enlarge Time So That
2   Motion for Summary Adjudication May Be Considered as Timely on May 5, 2008,
3   pursuant to Civil Local Rule 6-3.  Defendant AMCO INSURANCE COMPANY filed its
4   opposition on May __, 2008.  After reviewing the papers submitted in support of and in
5   opposition to the motion, the Court finds as follows:
6   Plaintiff's motion is GRANTED in its entirety.
7   The Court's prior Order set March 24, 2008 as the deadline for the parties to
8   file motions for summary judgment.  (Document No. 44.)  Defendant filed its Motion for
9   Summary Judgment, or in the Alternative, Partial Summary Judgment electronically on
10  March 19, 2008.  (Document Nos. 45-51.)  Plaintiff filed a Motion for Summary
11  Adjudication on April 29, 2008.  (Document Nos. 72-76.)
12  The Court FINDS that because 1) the deadline set for the parties to file motions
13  for summary judgment was directed primarily at Defendant's Motion for Summary
14  Judgment, and 2) Plaintiff's Motion for Summary Adjudication relies on substantially
15  the same points and authorities as Plaintiff's Opposition to Defendant's Motion for
16  Summary Judgment, Defendant is not prejudiced by the Court accepting Plaintiff's
17  Motion for Summary Adjudication as timely filed.
18  The deadline for the parties to file motions for summary judgment is, for the
19  reasons stated above, retroactively extended to April 30, 2008.  Plaintiff's Motion for
20  Summary Adjudication filed on April 29, 2008, is, therefore, accepted by the Court as
21  timely.
22  IT IS SO ORDERED.
23  DATED: _____

_____
HON. MARILYN HALL PATEL
Judge, United States District Court
Northern District of California

PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO ENLARGE TIME SO THAT MOTION FOR SUMMARY ADJUDICATION MAY BE CONSIDERED AS TIMELY        Case No. C 07-01140 MHP        1