United States District Court
For the Northern District of California

1
2
3
4
5      UNITED STATES DISTRICT COURT
6      NORTHERN DISTRICT OF CALIFORNIA
7
8   CHRISTINE DOUGHERTY,                    No. C 07-01140 MHP
9         Plaintiff(s),                    **CLERK'S NOTICE
                                           (Rescheduling Hearing)**
10    v.
11   AMCO INSURANCE COMPANY et al,
12        Defendant(s).
                                        /
13
14      The parties are notified that the hearing of the motion(s) in this matter currently on calendar
15   for May 12, 2008, is hereby RESCHEDULED to Monday, **June 16, 2008, at 2:00 p.m.**
16
17
18                                          Richard W. Wieking
                                            Clerk, U.S. District Court
19
20
21   Dated: May 8, 2008                     Anthony Bowser, Deputy Clerk to the
                                            Honorable Marilyn Hall Patel
22                                          (415) 522-3140
23
24
25
26
27
28