1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (SBN # 103768)
2  JEREMY A. GRAHAM (SBN # 234166)
   180 Montgomery Street, Suite 940
3  San Francisco, CA 94104
   Tel:  (415) 986-1338
4  Fax:  (415) 986-1231

5  LAW OFFICES OF DAVID M. PORTER
   DAVID M. PORTER (SBN # 124500)
6  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104
7  Tel: (415) 982-8600
   Fax: (415) 391-7808
8
   Attorneys for Plaintiff
9  CHRISTINE DOUGHERTY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY, | No. C |
| Plaintiff, | [PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO ENLARGE TIME SO THAT MOTION FOR SUMMARY ADJUDICATION MAY BE CONSIDERED AS TIMELY |
| v. | |
| AMCO INSURANCE COMPANY and DOES ONE through TWENTY, Inclusive, | |
| Defendants. | Judge: Hon. Marilyn Hall Patel<br>Dept.: 15 |

**DENIED**
*Judge Marilyn H. Patel*

---

PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO ENLARGE TIME SO THAT MOTION FOR SUMMARY ADJUDICATION MAY
BE CONSIDERED AS TIMELY                 Case No. C 07-01140 MHP

1  Plaintiff's CHRISTINE DOUGHERTY filed her Motion to Enlarge Time So That [untimely inserted]
2  Motion for Summary Adjudication May Be Considered as Timely on May 5, 2008,
3  pursuant to Civil Local Rule 6-3.  Defendant AMCO INSURANCE COMPANY filed its
4  opposition on May __, 2008.  After reviewing the papers submitted in support of and in
5  opposition to the motion, the Court finds as follows:
6  Plaintiff's motion is ~~GRANTED~~ **DENIED** in its entirety.
7  The Court's prior Order set March 24, 2008 as the deadline for the parties to
8  file motions for summary judgment.  (Document No. 44.)  Defendant filed its Motion for
9  Summary Judgment, or in the Alternative, Partial Summary Judgment electronically on
10 March 19, 2008.  (Document Nos. 45-51.)  Plaintiff filed a Motion for Summary
11 Adjudication on April 29, 2008.  (Document Nos. 72-76.)
12 The Court FINDS that because 1) the deadline set for the parties to file motions
13 for summary judgment was directed primarily at Defendant's Motion for Summary
14 Judgment, and 2) Plaintiff's Motion for Summary Adjudication relies on substantially
15 the same points and authorities as Plaintiff's Opposition to Defendant's Motion for
16 Summary Judgment, Defendant is not prejudiced by the Court accepting Plaintiff's
17 Motion for Summary Adjudication as timely filed.
18 The deadline for the parties to file motions for summary judgment is, for the
19 reasons stated above, retroactively extended to April 30, 2008.  Plaintiff's Motion for
20 Summary Adjudication filed on April 29, 2008, is, therefore, accepted by the Court as
21 timely.
22 IT IS SO ORDERED.
23 DATED: 5/7/2008

HON. _____
Judge _____
Northern District of California

[Stamp: DENIED — Judge Marilyn H. Patel — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

---

PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO ENLARGE TIME SO THAT MOTION FOR SUMMARY ADJUDICATION MAY BE CONSIDERED AS TIMELY     Case No. C 07-01140 MHP     1