# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

**JULIAN J. PARDINI**
DIRECT DIAL: 415.262.8506
E-MAIL: pardini@lbbslaw.com

April 21, 2008

FILE NO.
26198-131

The Honorable Marilyn Hall Patel
United States District Judge
United States District Court for the Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

    Re:   *Christine Dougherty v. AMCO Insurance Company et al.*
         Case no.:   C 07-01140 MHP

Dear Judge Patel:

    We received the Court's Minute Order following our telephone conference with counsel on Tuesday, April 8. After reviewing the Minute Order, we prepared a proposed form of order that provided more detail concerning the Court's several rulings to attempt to avoid any potential misunderstandings between counsel as to the rulings of the Court. We submitted the proposed form of that order to Ms. Dougherty's counsel for review and comment or to approve as to form. We enclose a copy of that letter and the proposed form of order with this letter.

    We received from Ms. Dougherty's counsel the enclosed letter advising that he believes the proposed order is unnecessary and he therefore declined to approve it as to form.

    We therefore are submitting the proposed order for the Court's consideration. Again, in an effort to avoid future misunderstandings between counsel regarding the scope of the Court's rulings, the proposed order provides additional detail that we believe accurately reflects the Court's rulings.

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

4811-5741-5170.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

The Honorable Marilyn Hall Patel
April 21, 2008
Page 2


      We request you review the proposed form of order and, if you believe it appropriate, execute it and cause it to be filed. Thank you for your consideration.

                    Very truly yours,

                    Julian J. Pardini/of
                    LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosures

cc:    <u>Counsel for plaintiff Christine Dougherty</u>
      Stephen M. Murphy
      David M. Porter

4811-5741-5170.1

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

JULIAN J. PARDINI
DIRECT DIAL: 415.262.8506
E-MAIL: pardini@lbbslaw.com

April 14, 2008

FILE NO.
26198-131

**Via Facsimile and U.S. Mail**

Jeremy Graham, Esq.
Law Offices of Stephen M. Murphy
180 Montgomery Street, Suite 940
San Francisco, CA 94104
**Fax: (415) 986-1231**

David M. Porter, Esq.
Law Offices of David M. Porter
101 California Street, Suite 2050
San Francisco, CA 94111
**Fax: (415) 391-9515**

Re: *Christine Dougherty v. AMCO Insurance Company*
U.S. District Court, Northern District of California Case No. C 07 1140 MHP
(removed from San Francisco County Superior Court, Case No. C04-433301)

Counsel:

I attach/enclose with this letter a proposed order concerning our telephone conference with Judge Patel last week. As you will read, the order includes all of the Judge's rulings during the conference.

If you believe the proposed order needs to be revised before I submit it to the court, please contact me or Mr. Liberatore at your earliest convenience. Otherwise, please execute it signifying you approve it as to form and return it to us for filing with the court.

Thank you for your anticipated cooperation.

Very truly yours,

Julian J. Pardini of
LEWIS BRISBOIS BISGAARD & SMITH LLP

Enclosure
JJP:kdk
cc: Stephen J. Liberatore

CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TUCSON

4831-9971-2770.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
Julian J. Pardini, Esq.  SB# 133878
Stephen J. Liberatore, Esq.  SB# 129772
One Sansome Street
Suite 1400, San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY, | CASE NO. C 07-01140 MHP |
| Plaintiff, | [PROPOSED] ORDER RE DISCOVERY ISSUES |
| v. | |
| AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive, | Date:    April 8, 2008 |
| Defendant. | Time:    2:30 p.m. |
| | Dept.:   15 - Hon. Marilyn Hall Patel |

On Tuesday, April 8, 2008, at 2:30 p.m, a telephone conference was held to resolve various discovery disputes between the parties in the above-entitled matter. The Honorable Marilyn Hall Patel, United States District Court Judge, Northern District of California, presided over the conference. David M. Porter of the Law Offices of David M. Porter and Jeremy Graham of the Law Offices of Stephen M. Murphy appeared on behalf of plaintiff Christine Dougherty. Julian J. Pardini and Rowena C. Seto of Lewis, Brisbois, Bisgaard & Smith LLP appeared on behalf of defendant AMCO Insurance Company. After discussion and argument by counsel, the Court ruled as follows:

1. **PMK Re Reserves on This Claim.**

AMCO shall produce another individual for deposition to testify concerning the following topic: "All data relied upon by AMCO in setting reserves for Plaintiff's Claim." If it is determined by the Court that the individual produced is not the Person Most Knowledgeable at AMCO on this topic, AMCO will reimburse plaintiff her costs and attorney's fees related to

1 conducting this deposition.

2. **Colossus Narrative Report**.

AMCO will provide a verified statement confirming its efforts to obtain the Colossus Narrative Report and its unavailability.

3. **Redacted Subrogation Information**

AMCO will produce the previously redacted information from the claim file (Passport) notes concerning subrogation.

4. **Plaintiffs' Psychotherapist's Information.**

Plaintiff will produce plaintiff Christine Dougherty for further deposition on the subject of her psychotherapy treatment during the pendency of this claim and for reasonable periods of time before and after the claim. AMCO is entitled to obtain all psychotherapist records related to treatment by Christine Dougherty during the pendency of this claim and for reasonable periods of time before and after the claim.

5. **Deposition of Mr. Murphy**.

AMCO may not conduct the deposition of Stephen Murphy, counsel for plaintiff in this litigation and during the handling of the underlying claim. Mr. Murphy will not provide testimony at the trial in this matter.

**IT IS SO ORDERED.**

May 8, 2008
Dated: ~~April~~ ___, 2008



Honorable
United S
Judge Marilyn H. Patel

Approved as to Form:

_____
David M. Porter
Attorneys for Plaintiff
Christine Dougherty

_____
Julian J. Pardini
Attorneys for Defendant
AMCO Insurance Company

4845-7478-8866.1                -2-
[PROPOSED] ORDER
CASE NO. 07-01140 MHP

**DAVID M. PORTER**
ATTORNEY AT LAW
44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 982-8600
FACSIMILE (415) 391-7808
dmporter@aol.com

April 16, 2008

**VIA FACSIMILE**
(415) 434-0882

Julian J. Pardini
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street
Suite 1400
San Francisco, CA 94104

Re:   <u>Dougherty v. AMCO Insurance Company</u>

Dear Mr. Pardini:

In response to your letter from late Monday afternoon, we do not approve of your [Proposed] Order Re Discovery Issues. We believe that Judge Patel's rulings are adequately reflected in her own Order of April 8, 2008.

Very truly yours,

*[signature]*
David M. Porter

cc: Stephen M. Murphy

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street
Suite 1400, San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY, | CASE NO. C 07-01140 MHP |
| Plaintiff, | **[PROPOSED] ORDER RE DISCOVERY ISSUES** |
| v. | |
| AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive, | Date: April 8, 2008<br>Time: 2:30 p.m.<br>Dept.: 15 - Hon. Marilyn Hall Patel |
| Defendant. | |

On Tuesday, April 8, 2008, at 2:30 p.m, a telephone conference was held to resolve various discovery disputes between the parties in the above-entitled matter. The Honorable Marilyn Hall Patel, United States District Court Judge, Northern District of California, presided over the conference. David M. Porter of the Law Offices of David M. Porter and Jeremy Graham of the Law Offices of Stephen M. Murphy appeared on behalf of plaintiff Christine Dougherty. Julian J. Pardini and Rowena C. Seto of Lewis, Brisbois, Bisgaard & Smith LLP appeared on behalf of defendant AMCO Insurance Company. After discussion and argument by counsel, the Court ruled as follows:

1. **PMK Re Reserves on This Claim**.

AMCO shall produce another individual for deposition to testify concerning the following topic: "All data relied upon by AMCO in setting reserves for Plaintiff's Claim." If it is determined by the Court that the individual produced is not the Person Most Knowledgeable at AMCO on this topic, AMCO will reimburse plaintiff her costs and attorney's fees related to

1  conducting this deposition.

2      2.    **Colossus Narrative Report**.

3  AMCO will provide a verified statement confirming its efforts to obtain the Colossus
4  Narrative Report and its unavailability.

5      3.    **Redacted Subrogation Information**

6  AMCO will produce the previously redacted information from the claim file (Passport)
7  notes concerning subrogation.

8      4.    **Plaintiffs' Psychotherapist's Information.**

9  Plaintiff will produce plaintiff Christine Dougherty for further deposition on the subject of
10 her psychotherapy treatment during the pendency of this claim and for reasonable periods of time
11 before and after the claim.  AMCO is entitled to obtain all psychotherapist records related to
12 treatment by Christine Dougherty during the pendency of this claim and for reasonable periods of
13 time before and after the claim.

14     5.    **Deposition of Mr. Murphy.**

15 AMCO may not conduct the deposition of Stephen Murphy, counsel for plaintiff in this
16 litigation and during the handling of the underlying claim.  Mr. Murphy will not provide testimony
17 at the trial in this matter.

18 **IT IS SO ORDERED.**

20 Dated: April ___, 2008

                                                                             Honorable Marilyn Hall Patel
                                                                             United States District Court Judge

Approved as to Form:

_____
David M. Porter
Attorneys for Plaintiff
Christine Dougherty

_____
Julian J. Pardini
Attorneys for Defendant
AMCO Insurance Company

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4845-7478-8866.1           -2-
[PROPOSED] ORDER
CASE NO. 07-01140 MHP