**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 16, 2008

Case No.   C 07-1140  MHP             Judge: MARILYN H. PATEL

Title: CHRISTINE DOUGHERTY -v- AMCO INSURANCE COMPANY

Attorneys:  Plf: David Porter, Stephen Murphy
            Dft: Julian Pardini

Deputy Clerk:  Anthony Bowser   Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Cross Motions for Summary Judgment/Partial Summary Judgment

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.