IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dougherty,

    Plaintiff,

v.

AMCO Insurance Company,

    Defendant.
    _____/

No. CV 07-01140 MHP

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that defendant's motion for summary judgment is granted.

Dated: June 23, 2008

Richard W. Wieking, Clerk

By: Anthony Bowser
Deputy Clerk