# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CA 94104
PHONE: 415.362.2580 | FAX: 415.434.0882 | WEBSITE: www.lbbslaw.com

JULIAN J. PARDINI
DIRECT DIAL: 415.262.8506
E-MAIL: pardini@lbbslaw.com

June 25, 2008

FILE NO.
26198-131

The Honorable Marilyn Hall Patel
United States District Judge
United States District Court for the Northern District of California
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

   Re: *Christine Dougherty v. AMCO Insurance Company et al.*
     Case no.: 3:07-cv-01140 MHP

Dear Judge Patel:

  We have received your Memorandum & Order granting AMCO's motion for summary judgment.

  Pursuant thereto, we have prepared a Judgment and Entry of Judgment, enclosed herewith for your review. If it meets with your approval, we request that you sign it and arrange with your staff to have judgment entered in AMCO's favor. Thereafter, we will prepare and submit to the Court a Notice of Entry of Judgment.

  Thank you for your consideration of and assistance with this matter.

Very truly yours,

Julian J. Pardini of
LEWIS BRISBOIS BISGAARD & SMITH LLP

JJP:kdk
Enclosure
cc: <u>Counsel for plaintiff Christine Dougherty</u>
  Stephen M. Murphy, Esq.
  David M. Porter, Esq.

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4824-6500-3010.1