LEWIS BRISBOIS BISGAARD & SMITH LLP
Julian J. Pardini, Esq. SB# 133878
Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>    Plaintiff,<br><br>  v.<br><br>AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive,<br><br>    Defendant. | CASE NO. 3:07-cv-01140 MHP<br><br>**JUDGMENT AND ENTRY OF JUDGMENT** |

This matter having come on for hearing and the issues having been duly decided, and the Court having granted AMCO's motion for summary judgment,

**THE COURT HEREBY ORDERS AND ADJUDGES:**

- that Plaintiff Christine Dougherty take nothing by way of her complaint;
- that **JUDGMENT** be, and hereby is, **ENTERED** in favor of AMCO;
- that AMCO recover its costs in an amount to be determined; and
- that this action be, and hereby is, **DISMISSED**, with prejudice, on the merits.

Dated: _____

_____
Marilyn Hall Patel, Judge
United States District Court
Northern District of California

4829-3443-7378.1

JUDGMENT AND ENTRY OF JUDGMENT
CASE NO. 3:07-CV-01140 MHP