1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
2 Stephen J. Liberatore, Esq. SB# 129772
One Sansome Street, Suite 1400
3 San Francisco, California 94104
Telephone: (415) 362-2580
4 Facsimile: (415) 434-0882

5 Attorneys for Defendant
AMCO INSURANCE COMPANY

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 CHRISTINE DOUGHERTY, | CASE NO. C 07-01140 MHP |
| 12 Plaintiff, | **DEFENDANT AMCO INSURANCE COMPANY'S BILL OF COSTS** |
| 13 v. | |
| 14 AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive, | |
| 16 Defendant. | |

17 TO THE HONORABLE DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

18 AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

19 PLEASE TAKE NOTICE that Defendant AMCO INSURANCE COMPANY ("AMCO"),

20 as the prevailing party in the above-captioned matter, hereby claims taxable costs and requests that

21 such costs be taxed as against Plaintiff CHRISTINE DOUGHERTY, as follows:

| **Description** | | **Amount** |
|---|---|---|
| 1. | Filing Fee re: Removal of Action to U.S. District Court, Northern District of California | $ 385.00 |
| 2. | Deposition Costs: Christine Dougherty | 756.00 |
| 3. | Deposition Costs: Jeff Mangone | 443.35 |
| 4. | Deposition Costs: Jason Wartach | 273.50 |

4811-6876-6210.1                          -1-
AMCO'S BILL OF COSTS
CASE NO. 3:07-CV-01140 MHP

| | | | |
|---|---|---|---|
| 5. | Deposition Costs: Michael McKeever | $ | 230.95 |
| 6. | Deposition Costs: Kelly Bellinghausen | | 145.30 |
| 7. | Reproduction fees re: Documents Produced in Initial Disclosure | | 130.10 |
| | **Total** | **$** | **2,364.20** |

Each of the above-listed costs is correctly stated, was necessarily incurred, and is allowable by law. (Decl. of Liberatore, ¶¶2-4.)

WHEREFORE, AMCO respectfully requests that costs be taxed against Plaintiff in the above noted amount and that judgment be amended accordingly.

Dated: July __1__, 2008          Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP


By      /s/  Stephen J. Liberatore
          Julian J. Pardini
          Stephen J. Liberatore
Attorneys for Defendant
AMCO INSURANCE COMPANY

ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4811-6876-6210.1                    -2-
AMCO'S BILL OF COSTS
CASE NO. 3:07-CV-01140 MHP