**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
Stephen J. Liberatore, Esq.  SB# 129772
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DOUGHERTY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, and DOES ONE through TWENTY, Inclusive,<br><br>　　　　Defendant. | CASE NO. C 07-01140 MHP<br><br>**DECLARATION OF STEPHEN J. LIBERATORE IN SUPPORT OF DEFENDANT AMCO INSURANCE COMPANY'S BILL OF COSTS** |

I, Stephen J. Liberatore, declare:

1.　　I am an attorney at law, duly licensed to practice before the United States District Court, Northern District of California, and as partner in the law firm of Lewis Brisbois Bisgaard & Smith LLP, am one of the attorneys of record for Defendant AMCO INSURANCE COMPANY ("AMCO") in the above-captioned matter. I make this declaration in support of AMCO's Bill of Costs, submitted herewith.

2.　　By virtue of the Court's recent order granting summary judgment in favor of AMCO and the dismissal of this action on the merits, AMCO is the prevailing party and therefore entitled to recover allowable costs.

3.　　AMCO incurred allowable costs as follows:

　　　　a.　　**$385.00** fee charged to AMCO by the Northern District Court upon

1    AMCO's removal of the action to this Court. This cost is allowable
2    pursuant to Federal Rules of Civil Procedure, Rule 54(d)(1) and Northern
3    District Rule 54-3(a). A true and correct copy of the receipt issued by the
4    Northern District Court upon payment of this fee, paid by Lewis Brisbois
5    Bisgaard & Smith LLP on behalf of AMCO, is attached hereto and marked
6    **Exhibit A**.

7    b.    **$756.00** in costs incurred by AMCO with respect to the deposition of
8    Plaintiff Christine Dougherty. A true and correct copy of the invoice for the
9    charges is attached hereto and marked **Exhibit B**.

10   c.    **$443.35** in costs incurred by AMCO with respect to the deposition of
11   AMCO representative Jeff Mangone. A true and correct copy of the invoice
12   for the charges is attached hereto and marked **Exhibit C**.

13   d.    **$273.50** in costs incurred by AMCO with respect to the deposition of
14   AMCO representative Jason Wartach. A true and correct copy of the
15   invoice for the charges is attached hereto and marked **Exhibit D**.

16   e.    **$230.95** in costs incurred by AMCO with respect to the deposition of
17   AMCO representative Michael McKeever. A true and correct copy of the
18   invoice for the charges is attached hereto and marked **Exhibit E**.

19   f.    **$145.30** in costs incurred by AMCO with respect to the deposition of
20   AMCO representative Kelly Bellinghausen. A true and correct copy of the
21   invoice for the charges is attached hereto and marked **Exhibit F**.

22   g.    **$130.10** in copying costs incurred by AMCO in connection with the
23   reproduction of documents produced to Plaintiff as part of AMCO's initial
24   disclosure pursuant to Federal Rules of Civil Procedure, Rule 26. A true
25   and correct copy of Lewis Brisbois Bisgaard & Smith LLP's billing
26   statement to AMCO, appropriately redacted, reflecting this cost charged to
27   AMCO is attached hereto and marked **Exhibit G**. This cost reflects the
28   copying of documents withheld from initial disclosure pursuant to asserted

privileges, and unredacted copies of documents that were redacted on privilege grounds prior to AMCO's initial disclosure of such documents to Plaintiff.

4. Each of the above-described costs is correctly stated, was necessarily incurred, and is allowable by law.

5. AMCO respectfully requests that the above-described costs be taxed against Plaintiff and that judgment be amended accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this  1st  day of July, 2008, at San Francisco, California.

/s/ Stephen J. Liberatore
Stephen J. Liberatore