# EXHIBIT A



## U. S. Legal Management Services, Inc.

```
 6340507      3/14/07    15:05   LEWIS BRISBOIS BISGAARD & SMITH    Csr: 121
CONTROL     PICKUP                        DELIVER
LEWIS BRISBOIS BISGAARD & SMITH   UNITED STATES DISTRICT COURT     Base
ONE SANSOME STREET        11th    450 GOLDEN GATE AVENUE   16TH FL Return
SAN FRANCISCO    CA   94111       SAN FRANCISCO    CA 94102        Wait
See: BETTY/MIKE                   See: CLERK OF CO                 Weight
   NEW CASE                          ADVANCE FEES                  Fax/FedX
   DOUGHERTY V AMCO                  FILE/CONFORM/RETURN            Add/Atmpt
   CIVIL CASE COVER                                                Research
   NOTICE OF REMOVAL                                               Misc/Stke
                                                                   FuelChg
Req: ARLEIGH KOULAX               Sign: REBILLED FOR AF   17:00    Adv.Fee    350.00
Svce: ADDITIONAL BILLING                                           CheckChg    35.00
Acct: 21035
Ref: DOUGHERTY V AMCO    26198-131                                 Total      385.00
```

| Vendor:   | 37863 U.S. LEGAL MANAGEMENT SERVICES, INC. | Doc ID: 000075EL-231 | Page    | 1 of 1 |
|-----------|--------------------------------------------|----------------------|---------|--------|
| Voucher:  | 999117  Dist: 2004174                      | Date: 4/30/07        | Amount: | 385.00 |
|           |                                            | Check#:   361282     |         |        |