# EXHIBIT B

# Atkinson-Baker
## Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Page 1 of 1

Marc Mostago
Allied Group Insurance
P.O Box 13200
Sacramento, CA 95813-

| INVOICE NO. | A10694C AA |
|---|---|
| FIRM NO. | 1160387 |
| INVOICE DATE | 09/25/2007 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Eileen Tahmazian, atahmazian@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | Lewis Brisbois Bisgaard & Smith LLP |
| Taking Attorney: | Julian J. Pardini |
| Case Name: | Dougherty vs AMCO |
| Case No.: | |
| Claim No.: | 84M33976 |
| Insurance Co.: | AMCO |
| Insured: | Christine Dougherty   DOL: 04/17/2001 |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | Marc Mostajo |
| Description: | Reporter's transcript of the deposition of Christine Dougherty, taken 9/6/2007. |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Personal Injury Rate | 142.00 | $ 4.25 | $ 603.50 |
| Exhibit Copies (pages) | 210.00 | $ .25 | $ 52.50 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| E-Transcript | 1.00 | $ .00 | $ .00 |
| Processing, Handling & Delivery Fee | 1.00 | $ 25.00 | $ 25.00 |
| Attendance Flat Fee | 1.00 | $ 75.00 | $ 75.00 |
| PAYMENT | | | - $ 756.00 |
| BALANCE DUE | | | $ .00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

---- Fold and tear at this perforation, then return stub with payment. ----

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | A10694C AA |
| FIRM NO. | 1160387 |

From: Marc Mostago
Allied Group Insurance
P.O Box 13200
Sacramento, CA 95813-

For: Reporter's transcript of the deposition of Christine Dougherty, taken 9/6/2007.

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.