# EXHIBIT C

LUSK & SNYDER
3715 MONTEREY BOULEVARD
OAKLAND, CA 94619
(510) 482-9991

Federal I.D. No. 94-2942553

Julian J. Pardini, Esq.
**LEWIS, BRISBOIS, BISGAARD & SMITH**
One Sansome Street - Suite 1400
San Francisco, California 94104

INVOICE NO.
G36960
DATE:
11.16.07

FOR PROFESSIONAL SERVICES RE:

**CHRISTINE DOUGHERTY v. AMCO INSURANCE COMPANY, et al.**
USDC Case No.

DEPOSITION(S) OF: Jeffery V. Mangone
(Taken 10.8.07)

| | |
|---|---:|
| One copy | $368.95 |
| Exhibits | 29.40 |
| Condensed transcript (1) | 20.00 |
| ASCII Diskette (1) | N/C |
| Postage & Handling | 25.00 |
| | $443.35 |

Please return yellow copy with payment
A finance charge of 1½% per month will be added to this invoice if not paid within 45 days.