# EXHIBIT D

**LUSK & SNYDER**
CERTIFIED SHORTHAND REPORTERS
3715 MONTEREY BOULEVARD
OAKLAND, CA 94619
(510) 482-9991

Federal I.D. No. 94-2942553

APR 25 2008

Julian J. Pardini, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
One Sansome Street, Suite 1400
San Francisco, California  94104

| | |
|---|---|
| **INVOICE NO.** | G22053 |
| **DATE:** | 4-1-08 |

FOR PROFESSIONAL SERVICES RE:

CHRISTINE DOUGHERTY VS. AMCO INSURANCE COMPANY, et al.
USDC Case No. C 07-01140 MHP

ACCOUNTS PAYABLE - S.F.

APR 04 2008
**RECEIVED**

DEPOSITION OF:  Jason Wartach
    (Taken 3-4-08)

| | |
|---|---|
| One Copy | $216.20 |
| Exhibits | 12.30 |
| Condensed Transcript (1) | 20.00 |
| ASCII Diskette (1) | N/C |
| Postage & Handling | 25.00 |
| | $273.50 |

2 - SAN FRANCISCO OFFICE
DATE 4/3/08 AMOUNT $273 50
FILE/ACC # 26198-131
PRINT
SIGNAT          JL Pardini
AUDIT APPROVAL
VENDOR #          DB CODE
                 DB CODE

Please return yellow copy with payment
**A $25.00 late fee will be added to this invoice monthly if not paid within 45 days**