# EXHIBIT E

**LUSK & SNYDER**
CERTIFIED SHORTHAND REPORTERS
3715 MONTEREY BOULEVARD
OAKLAND, CA 94619
(510) 482-9991

Federal I.D. No. 94-2942553

Julian Pardini, Esq.
LEWIS BRISBOIS BISGGARD
One Sansome Street, Suite 1400
San Francisco, California 94104

INVOICE NO. G22079

DATE: 5-28-08

**FOR PROFESSIONAL SERVICES RE:**

CHRISTINE DOUGHERTY VS. AMCO INSURANCE COMPANY, et al.
U.S. District Court, No. District of Calif. (S.F.) No. C 07-01140 MHP

DEPOSITION OF: Kelly Billinghausen
(Taken 5-19-08)

| | |
|---|---:|
| One Copy | $ 94.00 |
| Exhibit(s) | 6.30 |
| ASCII Diskette (1) | N/C |
| Condensed Transcript | 20.00 |
| Postage & Handling | 25.00 |
| | $145.30 |

Please return yellow copy with payment
A $25.00 late fee will be added to this invoice monthly if not paid within 45 days