# EXHIBIT F

**LUSK & SNYDER**
CERTIFIED SHORTHAND REPORTERS
3715 MONTEREY BOULEVARD
OAKLAND, CA 94619
(510) 482-9991

Federal I.D. No. 94-2942553

APR 25 2008

Jualian J. Pardini, Esq.
**LAW OFFICES OF BRISBOIS, BISGAARD & SMITH, LLP**
One Sansome Street - Suite 1400
San Francisco, California 94104

INVOICE NO. G37147

DATE: 3.28.08

**FOR PROFESSIONAL SERVICES RE:**

**CHRISTINE DOUGHERTY v. AMCO INSURANCE COMPANY, et al.**
USDC Case No. C07 01140 MHP

ACCOUNTS PAYABLE - S.F.
APR 03 2008
RECEIVED

**DEPOSITION(S) OF:** Michael McKeever
  (Taken 3.6.08)

| | |
|---|---|
| One copy | $185.65 |
| Exhibits | .30 |
| Condensed transcript (1) | 20.00 |
| ASCII Diskette (1) | N/C |
| Postage & Handling | 25.00 |
| | $230.95 |

2 - SAN FRANCISCO OFFICE
DATE 4/2  AMOUNT $230.95
FILE/ACC# 26198-131
PRINT NAME J. Pardini
SIGNATURE [signature]
ADJT APPROVAL
VENDOR#

Please return yellow copy with payment
A $25.00 late fee will be added to this invoice monthly if not paid within 45 days