# EXHIBIT G

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number JJP | 26198-131 | ALLIED INSURANCE<br>DOUGHERTY, CHRISTINE V AMCO INS. CO. | | | 6/15/07<br>526641<br>Page 10 |
|---|---|---|---|---|---|
| Date | Description of Disbursement | | Units | Rate | Amount |
| 5/05/07 | DUPLICATION | | | | |
| 5/05/07 | DUPLICATION | | | | |
| 5/09/07 | DUPLICATION | | | | |
| 5/09/07 | DUPLICATION | | | | |
| 5/11/07 | DUPLICATION | | | | |
| 5/14/07 | DUPLICATION | | | | |
| 5/18/07 | DUPLICATION | | | | |
| 5/22/07 | DUPLICATION | | | | |
| 5/22/07 | DUPLICATION | | | | |
| 5/22/07 | DUPLICATION | | | | |
| 5/25/07 | DUPLICATION | | | | |
| 5/25/07 | DUPLICATION DOC | | | | |
| 5/25/07 | DUPLICATION CERTIF. | | | | |
| 5/25/07 | DUPLICATION | | | | |
| 5/29/07 | DUPLICATION SCA | | | | |
| 5/29/07 | DUPLICATION | | | | |
| 5/29/07 | DUPLICATION OS | | 1301.00 | .10 | 130.10 |
| 5/30/07 | DUPLICATION DOCS | | | | |
| 5/30/07 | DUPLICATION | | | | |
| 5/30/07 | DUPLICATION | | | | |
| 5/31/07 | DUPLICATION | | | | |
| 5/31/07 | DUPLICATION | | | | |
| 5/31/07 | DUPLICATION | | | | |
| 5/31/07 | DUPLICATION | | | | |
| 5/31/07 | DUPLICATION | | | | |
| 5/31/07 | DUPLICATION | | | | |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|

Total Fees
Total Disbursements

Total Current Charges

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT