1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (SBN # 103768)
2  180 Montgomery Street, Suite 940
   San Francisco, CA 94104
3  Tel:  (415) 986-1338
   Fax: (415) 986-1231
4
   LAW OFFICES OF DAVID M. PORTER
5  DAVID M. PORTER (SBN # 124500)
   101 California Street, Suite 2050
6  San Francisco, CA 94111
   Tel: (415) 982-8600
7  Fax: (415) 391-9515

8  Attorneys for Plaintiff
   Christine Dougherty
9


FILED
08 JUL 22 PM 3: 35

10              UNITED STATED DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

12

13  CHRISTINE DOUGHERTY,            )   CASE NO. CV 07-01140 MHP
                                    )
14                                  )
         Plaintiff,                 )   **NOTICE OF APPEAL**
15                                  )
    v.                              )
16                                  )
                                    )
17  AMCO INSURANCE COMPANY, and     )
    DOES ONE through TWENTY,        )
18  inclusive,                      )
                                    )
19       Defendants.                )
                                    )
20  _____

21  //

22  //

23  //

24  //

25  //

26  //

NOTICE OF APPEAL

1  NOTICE IS HEREBY GIVEN that Plaintiff Christine Dougherty hereby appeals to
2  the United States Court of Appeals for the Ninth Circuit from the following:
3      1)    Judgment in a Civil Case, filed June 23, 2008, based on Memorandum
4          and Order Re: Defendant's Motion for Summary Judgment, also filed
5          June 23, 2008.
6  Dated: July 22, 2008        LAW OFFICES OF STEPHEN M. MURPHY

                                                    By: _____
                                                        STEPHEN M. MURPHY
                                                         Attorneys for Plaintiff

## PROOF OF SERVICE BY FIRST CLASS MAIL

The undersigned certifies and declares as follows:

I am over the age of eighteen years and not a party to this action. My business address is 180 Montgomery St., Suite 940, San Francisco 94104, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 22, 2008 at my place of business at San Francisco, California, I served a copy of the following document(s):

## NOTICE OF APPEAL

Person(s) being served:

Julian J. Pardini, Esq.
Lewis Brisbois Bisgaard & Smith
One Sansome Street, Suite 1400
San Francisco, CA 94104

Attorney for Defendant
AMCO Insurance Company

David M. Porter, Esq.
Law Offices of David M. Porter
44 Montgomery Street, Suite 2500
San Francisco, CA 94104

Attorney for Plaintiff
Christine Dougherty

**XX BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ **BY PERSONAL SERVICE:** I caused such document(s) to be delivered by hand to the office(s) of the person(s) listed above.

☐ **BY FEDERAL EXPRESS:** I caused such document(s) to be delivered via Federal Express to the office of the person(s) listed above.

☐ **BY FACSIMILE TRANSMISSION:** I caused such document(s) to be delivered via facsimile at or about _____ on the above date. The facsimile numbers of the person(s) are as set forth above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

Dated: July 22, 2008, at San Francisco, CA.

_____
MARTIN M. SKOWRON

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021562
Cashier ID: almaceh
Transaction Date: 07/22/2008
Payer Name: LAW OFFICES OF STEPHEN M MUR
PH

NOTICE OF APPEAL/DOCKETING FEE
 For: C DOUGHERTY
 Case/Party: D-CAN-3-07-CV-001140-001
 Amount:      $455.00

CHECK
 Check/Money Order Num: 5907
 Amt Tendered: $455.00

Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```