**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 4, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-01140 MHP**

**CASE TITLE: Dougherty-v-AMCO Insurance Company**

USCA Case Number:

Dear Sir/Madam:

Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gina Agustine
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

August 4, 2008

**CASE INFORMATION:**
Short Case Title: Dougherty -v- AMCO Insurance Company
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge Marilyn H. Patel
Criminal and/or Civil Case No.: CV 07-01140 MHP
Date Complaint/Indictment/Petition Filed: 2/26/07
Date Appealed order/judgment *entered* 6/23/08
Date NOA *filed* 7/22/08
Date(s) of Indictment          Plea Hearing                           Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: Jim Yeomans (415) 863-5179

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 7/22/08                  Date Docket Fee Billed:
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes ☐ no                                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:
see docket sheet                               see docket sheet


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                       Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Sheila Rash
                                                    (415) 522-2099